

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva St. Room 1-400<br>San Antonio, Texas 78207 | **ANNETTE FRENCH**<br>**CHIEF DEPUTY** |

April 18, 2024

**Jeremy P. Blumenfeld**
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103

  **RE**:  Civil Case No. SA-24-CV-00310-XR

      Manuel Esquivel v. Whataburger Restaurants LLC et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court. The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

                    Sincerely,
                    PHILIP J. DEVLIN, CLERK
                    United States District Court

                    By:_____
                    Deputy Clerk, Monica Granados-Ramos

cc: all counsel