IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MANUEL ESQUIVEL, individually and as a representative of a class of similarly situated persons, on behalf of the WHATABURGER 401(K) SAVINGS PLAN (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan),<br><br>*Plaintiff,*<br><br>v.<br><br>WHATABURGER RESTAURANTS LLC; THE BOARD OF DIRECTORS OF WHATABURGER RESTAURANTS LLC; THE WHATABURGER 401(K) SAVINGS PLAN ADMINISTRATIVE COMMITTEE (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee); and DOES No. 1–20, Whose Names Are Currently Unknown,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 5:24-cv-310-XR |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Lauren A. Valkenaar, of the law firm CHASNOFF VALKENAAR & STRIBLING, LLP, files this notice of appearance as counsel in this case for Defendants Whataburger Restaurants LLC, The Board of Directors of Whataburger Restaurants LLC, and The Whataburger 401(K) Savings Plan Administrative Committee (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee) (collectively, **"WHATABURGER"**). Ms. Valkenaar is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of WHATABURGER, and requests CM/ECF notification of filings in this case.

Dated:  May 10, 2024                                    Respectfully submitted,

/s/ Lauren A. Valkenaar
Lauren A. Valkenaar
State Bar No. 24088570
lvalkenaar@chasnoffstribling.com
CHASNOFF VALKENAAR
& STRIBLING, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: 210-469-4155
Facsimile: 210-855-9898

***Counsel for Defendants Whataburger Restaurants LLC, The Board of Directors of Whataburger Restaurants LLC, and The Whataburger 401(K) Savings Plan Administrative Committee (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee)***

## CERTIFICATE OF SERVICE

      On May 10, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court.  I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                                    */s/ Lauren A. Valkenaar*
                                                    Lauren A. Valkenaar