Exhibit A

Jeremy P. Blumenfeld

State and Federal Court Admissions

| Court | Bar # | Address | Admission Date |
|---|---|---|---|
| United States Supreme Court | | One First Street N.E. Washington, DC 20543 | 11/26/2007 |
| Supreme Court of New Jersey | No. 015882000 | 25 W. Market Street, Trenton, NJ 08625 | 12/01/2000 |
| Supreme Court of New York | No. 800811 | 60 Centre Street, Room 161 New York, New York 10007 | 08/19/2010 |
| Supreme Court of Ohio | No. 0068858 | 30 E. Broad St., Columbus, OH 43215 | 11/24/1997 |
| Supreme Court of Pennsylvania | No. 85955 | 468 City Hall, Philadelphia, PA 19107 | 10/27/2000 |
| United States District Court for the District of Colorado | | United States Courthouse, Room A105 901 19th Street Denver, Colorado 80294 | 09/05/2002 |
| United States District Court Central District of Illinois | | 218 U.S. Courthouse 201 S. Vine Street Urbana IL 61802 | 08/31/2010 |
| United States District Court for the Northern District of Illinois | No. 90785592 | 219 South Dearborn Street Chicago, IL 60604 | 05/09/2003 |
| United States District Court for the Eastern District of Michigan | | 231 W. Lafayette Blvd., Detroit, MI 48226 | 05/14/2002 |
| United States District Court for the Western District of Michigan | | | 06/14/2021 |
| United States District Court for the District of New Jersey | No. 015882000 | 4th & Cooper St., Camden, NJ 08101 | 12/01/2000 |
| United States District Court Eastern District of New York | JB9392 | | 11/24/2020 |
| United States District Court Southern District of New York | JB9392 | 500 Pearl Street New York, NY | 12/21/2010 |
| United District Court for | | 100 E. Fifth St., Cincinnati, | 01/16/1998 |

| | | | |
|---|---|---|---|
| the Southern District of Ohio | | OH 45202 | |
| United States District Court for the Northern District of Ohio | | | 05/30/2006 |
| United States District Court for the Eastern District of Pennsylvania | No. 85955 | 601 Market St., Phila,. PA 19106 | 12/14/2000 |
| United States District Court for the Eastern District of Wisconsin | | | 9/10/2020 |
| United States Court of Appeals for the First Circuit | No. 1139761 | John Joseph Moakley U.S. Courthouse 1 Courthouse Way Boston, Massachusetts 02210 | 01/07/2010 |
| United States Court of Appeals for the Second Circuit | | US Courthouse, Foley Square, New York, NY 10007 | 05/10/2023 renewed 09/25/2008 renewed 02/27/2013 renewed 06/28/18 renewed |
| United States Court of Appeals for the Third Circuit | | 601 Market Street, Philadelphia, PA 19106 | 05/14/2002 |
| United States Court of Appeals for the Fourth Circuit | | 1100 E Main St #501, Richmond, VA 23219 | 3/2/2017 |
| United States Court of Appeals for the Sixth Circuit | | 100 E. Fifth St., Cincinnati, OH 45202 | 01/05/1999 |
| United States Court of Appeals for the Seventh Circuit | | 219 S. Dearborn St., Chicago, IL 60604 | 11/09/2006 |
| United States Court of Appeals for the Ninth Circuit | | 1 Columbus Circle Northeast, Washington, DC 20002 | 2/4/2013 |
| United States Court of Appeals for the Tenth Circuit | | The Byron White U.S. Courthouse 1823 Stout Street, Denver, CO 80257 | 05/13/2008 |
| | | | |
| | | | |