Keri L. Engelman

Exhibit A – additional Courts of Admission

| | |
|---|---|
| U.S. Court of Appeals, Sixth Circuit | Admitted 01/16/2024 |
| U.S. District Court, District of Massachusetts | Admitted 05/01/2019 |
| U.S. District Court, District of New Jersey | Admitted 04/06/2012 |
| U.S. District Court, E.D. New York | Admitted 12/28/2021 |
| U.S. District Court, E.D. Pennsylvania | Admitted 11/07/2011 |
| Supreme Court of Pennsylvania | Admitted 11/07/2011 |
| Supreme Court of New Jersey | Admitted 04/06/2012 |
| Massachusetts Supreme Judicial Court | Admitted 05/01/2019 |