UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Manuel Esquivel, Plaintiff

vs.                                                          Case No.: 5:24-cv-00310-XR
Whataburger Restaurants LLC, et al

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Christopher B. Dempsey, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Whataburger Restaurants LLC, et al in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Morgan, Lewis & Bockius with offices at:

    Mailing address: 110 N. Wacker Drive, Suite 2800
    City, State, Zip Code: Chicago, IL  60606-1511
    Telephone: (312) 324-1000          Facsimile: (

2. Since January 14, 2021, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6335781.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | U.S. Court of Appeals, Seventh Circuit | 04/29/2022 |
    | U.S. District Court N.D. Illinois | 05/06/2021 |
    | U.S. District Court S.D. Illinois | 08/23/2021 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the \_\_\_\_\_ day of _____, _____.

Number: _____ on the \_\_\_\_\_ day of _____, _____.

Number: _____ on the \_\_\_\_\_ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Lauren A. Valkenaar

Mailing address: 1020 N.E. Loop 410, Suite 150

City, State, Zip Code: San Antonio, TX 78209

Telephone: 210-469-4155

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Christopher B. Dempsey to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Christopher B. Dempsey
[printed name of Applicant]

*/s/ Christopher B. Dempsey*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 10 day of May, 2024.

Christopher B. Dempsey
[printed name of Applicant]

*/s/ Christopher B. Dempsey*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION ▼

Manuel Esquivel, Plaintiff

vs.                                                             Case No.: 5:24-cv-00310-XR

Whataburger Restaurants LLC, et al

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Christopher B. Dempsey, counsel for Whataburger Restaurants LLC, et al, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Christopher B. Dempsey may appear on behalf of Whataburger Restaurants LLC, et al in the above case.

IT IS FURTHER ORDERED that Christopher B. Dempsey, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20_____.

_____
Please Choose Judge
UNITED STATES DISTRICT JUDGE