# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MANUEL ESQUIVEL, individually and as a representative of a class of similarly situated persons, on behalf of the WHATABURGER 401(K) SAVINGS PLAN (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan), <br><br>*Plaintiff,* <br><br>v. <br><br>WHATABURGER RESTAURANTS LLC; THE BOARD OF DIRECTORS OF WHATABURGER RESTAURANTS LLC; THE WHATABURGER 401(K) SAVINGS PLAN ADMINISTRATIVE COMMITTEE (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee); and DOES No. 1–20, Whose Names Are Currently Unknown, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 5:24-cv-310-XR |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Whataburger Restaurants LLC ("Whataburger"), by and through its attorneys, hereby submits its Corporate Disclosure Statement as follows:

Whataburger is 100% owned by Whatabrands LLC.  Whatabrands LLC is 100% owned by Sunrise Group Holdings, LLC.

Dated:  May 10, 2024                    Respectfully submitted,


                                        */s/ Lauren A. Valkenaar*
                                        Lauren A. Valkenaar
                                        State Bar No. 24088570
                                        lvalkenaar@chasnoffstribling.com

Dylan R. Fedderman
State Bar No. 24105851
dfedderman@chasnoffstribling.com
Natsumi J. Covey
State Bar No. 24123248
ncovey@chasnoffstribling.com
CHASNOFF VALKENAAR
& STRIBLING, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: 210-469-4155
Facsimile: 210-855-9898

***Counsel for Defendants Whataburger Restaurants LLC, The Board of Directors of Whataburger Restaurants LLC, and The Whataburger 401(K) Savings Plan Administrative Committee (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee)***

**CERTIFICATE OF SERVICE**

      On May 10, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                            */s/ Lauren A. Valkenaar*
                                            Lauren A. Valkenaar