IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Manuel Esquivel, individually and as a representative of a class of similarly situated persons, on behalf of the WHATABURGER 401(k) SAVINGS PLAN (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan),<br><br>        Plaintiff,<br><br>v.<br><br>WHATABURGER RESTAURANTS LLC; THE BOARD OF DIRECTORS OF WHATABURGER RESTAURANTS LLC; THE WHATABURGER 401(K) SAVINGS PLAN ADMINISTRATIVE COMMITTEE (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee); and DOES No. 1–20, Whose Names Are Currently Unknown,<br><br>        Defendants. | Case No. 5:24-cv-310-XR |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

    The undersigned attorneys file this Notice of Change of Firm and Address and requests that the Court's docket in the above-styled case be updated accordingly.

    The new address and firm name is as follows:

| | |
|---|---|
| **Firm:** | Valkenaar PLLC |
| **Address:** | 7898 Broadway, Suite 120<br>San Antonio, Texas 78209 |
| **State Bar No.:** | Lauren A. Valkenaar<br>Texas Bar No. 24088570<br>lvalkenaar@valkenaarlaw.com<br>Dylan Fedderman |

1

Texas Bar No. 24105851
dfedderman@valkenaarlaw.com
Natsumi J. Covey
Texas Bar No. 24123248
ncovey@valkenaarlaw.com

Respectfully submitted,

Dated: June 11, 2024                                           By: /s/ *Lauren A. Valkenaar*

Lauren A. Valkenaar
Texas Bar No. 24088570
Dylan Fedderman
Texas Bar No. 24105851
Natsumi J. Covey
Texas Bar No. 24123248
VALKENAAR PLLC
7898 Broadway, Suite 120
San Antonio, Texas 78209
Telephone: +1.210.633.6906
lvalkenaar@valkenaarlaw.com
dfedderman@valkenaarlaw.com
ncovey@valkenaarlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF/CM e-filing system to all counsel of record who are deemed to have consented to electronic service on this 11th day of June 2024.

*/s/ Lauren A. Valkenaar*