# Exhibit B

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2018** |
| Department of Labor Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

## Part I   Annual Report Identification Information

For calendar plan year 2018 or fiscal plan year beginning   01/01/2018   and ending   12/31/2018

**A** This return/report is for:  ☐ a multiemployer plan                        ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☒ a single-employer plan                        ☐ a DFE (specify) ____

**B** This return/report is:  ☐ the first return/report                        ☐ the final return/report

☐ an amended return/report                        ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:  ☒ Form 5558                        ☐ automatic extension                        ☐ the DFVC program

☐ special extension (enter description) ____

## Part II   Basic Plan Information—enter all requested information

**1a** Name of plan

WHATABURGER PROFIT SHARING AND 401(K) SAVINGS PLAN

**1b** Three-digit plan number (PN) ▶   001

**1c** Effective date of plan
10/01/1971

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

WHATABRANDS LLC

300 CONCORD PLAZA DRIVE
SAN ANTONIO, TX 78216

**2b** Employer Identification Number (EIN)
74-1693771

**2c** Plan Sponsor's telephone number
210-476-6000

**2d** Business code (see instructions)
722513

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 09/23/2019 | ED NELSON, ON BEHALF OF PLAN ADMIN |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2018)
v. 171027

Form 5500 (2018)                                                                                    Page **2**

| | | |
|---|---|---|
| **3a** Plan administrator's name and address ☐ Same as Plan Sponsor | | **3b** Administrator's EIN<br>74-1693771 |
| WHATABURGER PROFIT SHARING AND 401(K) SAVINGS PLAN ADMIN COMMITTEE | | **3c** Administrator's telephone number<br>210-476-6000 |
| 300 CONCORD PLAZA DRIVE<br>SAN ANTONIO, TX 78216 | | |

| | | |
|---|---|---|
| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | | **4b** EIN |
| **a** Sponsor's name | | **4d** PN |
| **c** Plan Name | | |

| | | | |
|---|---|---|---|
| **5** | Total number of participants at the beginning of the plan year | **5** | 31129 |
| **6** | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1), 6a(2), 6b, 6c,** and **6d**). | | |
| **a(1)** | Total number of active participants at the beginning of the plan year ............ | **6a(1)** | 27240 |
| **a(2)** | Total number of active participants at the end of  the plan year ................ | **6a(2)** | 27996 |
| **b** | Retired or separated participants receiving benefits........................... | **6b** | 2 |
| **c** | Other retired or separated participants entitled to future benefits.............. | **6c** | 4254 |
| **d** | Subtotal. Add lines **6a(2), 6b,** and **6c**. | **6d** | 32252 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ......... | **6e** | 57 |
| **f** | Total.  Add lines **6d** and **6e**. | **6f** | 32309 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)................ | **6g** | 16765 |
| **h** | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested .................. | **6h** | 4858 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item).......... | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E  2F  2J  2K  2T  3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| | | | |
|---|---|---|---|
| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
| **(1)** ☐ Insurance | | **(1)** ☐ Insurance | |
| **(2)** ☐ Code section 412(e)(3) insurance contracts | | **(2)** ☐ Code section 412(e)(3) insurance contracts | |
| **(3)** ☒ Trust | | **(3)** ☒ Trust | |
| **(4)** ☐ General assets of the sponsor | | **(4)** ☐ General assets of the sponsor | |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

**a** Pension Schedules

**(1)** ☒ **R**  (Retirement Plan Information)

**(2)** ☐ **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary

**(3)** ☐ **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary

**b** General Schedules

**(1)** ☒ **H**  (Financial Information)

**(2)** ☐ **I**  (Financial Information – Small Plan)

**(3)** ___ **A**  (Insurance Information)

**(4)** ☒ **C**  (Service Provider Information)

**(5)** ☒ **D**  (DFE/Participating Plan Information)

**(6)** ☐ **G**  (Financial Transaction Schedules)

# Whataburger Profit Sharing and 401(k) Savings Plan
### EIN 74-1693771 PN 001
### Schedule H, Line 4i – Schedule of Assets (Held at End of Year)
### December 31, 2018

| | Description of investment including maturity date, rate of interest, collateral, par or maturity value | Investment type | Number of units | Current value |
|---|---|---|---|---|
| | Wells Fargo Stable Value FD CL C | Common/collective Trust | 291,843.678 | $ 15,677,842 |
| | Dodge & Cox Stock Fund | Mutual Fund | 133,848.104 | 23,130,291 |
| | JPMorgan TR II Core Bond FD CL A | Mutual Fund | 2,824,029.044 | 31,855,048 |
| | Mainstay Large-Cap Growth R1 | Mutual Fund | 2,521,346.361 | 20,599,400 |
| | MFS Set TR XINTL Value R3 | Mutual Fund | 382,821.941 | 14,283,087 |
| | Oppenheimer Developing Markets | Mutual Fund | 225,528.237 | 8,477,606 |
| | Artisan International Fund Investments | Mutual Fund | 450,724.491 | 12,232,663 |
| | Vanguard Selected Value Investments | Mutual Fund | 710,286.934 | 15,967,250 |
| | Vanguard 500 Index FD Admiral Shares | Mutual Fund | 100,927.451 | 23,358,649 |
| | Janus Henderson Triton FD CL T | Mutual Fund | 541,901.591 | 13,617,987 |
| * | Notes receivable from participants | | | |
| | Interest ranging from 4.25% - 9.25% with various maturity dates | Notes Receivable | | 16,798,127 |
| | | | | $ 195,997,950 |

\* denotes party-in-interest

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2019** |
| Department of Labor Employee Benefits Security Administration | ▸ **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

## Part I — Annual Report Identification Information

For calendar plan year 2019 or fiscal plan year beginning   01/01/2019                       and ending   12/31/2019

**A** This return/report is for:
- [ ] a multiemployer plan
- [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [X] a single-employer plan
- [ ] a DFE (specify) ____

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▸ [ ]

**D** Check box if filing under:
- [X] Form 5558
- [ ] automatic extension
- [ ] the DFVC program
- [ ] special extension (enter description)

## Part II — Basic Plan Information—enter all requested information

| | |
|---|---|
| **1a** Name of plan<br>WHATABURGER PROFIT SHARING AND 401(K) SAVINGS PLAN | **1b** Three-digit plan number (PN) ▸   001 |
| | **1c** Effective date of plan<br>10/01/1971 |
| **2a** Plan sponsor's name (employer, if for a single-employer plan)<br>Mailing address (include room, apt., suite no. and street, or P.O. Box)<br>City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)<br><br>WHATABURGER RESTAURANTS LLC<br><br><br>300 CONCORD PLAZA DRIVE<br>SAN ANTONIO, TX 78216 | **2b** Employer Identification Number (EIN)<br>30-1199687 |
| | **2c** Plan Sponsor's telephone number<br>210-476-6000 |
| | **2d** Business code (see instructions)<br>722513 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/03/2020 | JANELLE SYKES, OBO PLAN ADMIN. |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.                                         Form 5500 (2019)
                                                                                                                                                          v. 190130

Form 5500 (2019)                                                    Page **2**

| **3a** | Plan administrator's name and address ☐ Same as Plan Sponsor | **3b** | Administrator's EIN |
|---|---|---|---|

**3a** Plan administrator's name and address ☐ Same as Plan Sponsor

WHATABURGER PROFIT SHARING AND 401(K) SAVINGS PLAN ADMIN COMMITTEE

300 CONCORD PLAZA DRIVE
SAN ANTONIO, TX 78216

**3b** Administrator's EIN
30-1199687

**3c** Administrator's telephone number
210-476-6000

**4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report:

**a** Sponsor's name  WHATABRANDS LLC

**c** Plan Name  WHATABURGER PROFIT SHARING AND 401(K) SAVINGS PLAN

**4b** EIN
74-1693771

**4d** PN
001

| | | | |
|---|---|---|---|
| **5** | Total number of participants at the beginning of the plan year | **5** | 32309 |
| **6** | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| **a(1)** | Total number of active participants at the beginning of the plan year ......................... | **6a(1)** | 27996 |
| **a(2)** | Total number of active participants at the end of  the plan year  .............................. | **6a(2)** | 29715 |
| **b** | Retired or separated participants receiving benefits................................................. | **6b** | 5 |
| **c** | Other retired or separated participants entitled to future benefits ............................. | **6c** | 2542 |
| **d** | Subtotal. Add lines **6a(2)**, **6b**, and **6c**. | **6d** | 32262 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ...... | **6e** | 53 |
| **f** | Total.  Add lines **6d** and **6e**. | **6f** | 32315 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ...................................................... | **6g** | 15186 |
| **h** | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ..................................................................... | **6h** | 4662 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)......... | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E   2F   2J   2K   2T   3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** | Plan funding arrangement (check all that apply) | | **9b** | Plan benefit arrangement (check all that apply) |
|---|---|---|---|---|
| **(1)** | ☐ | Insurance | **(1)** | ☐ Insurance |
| **(2)** | ☐ | Code section 412(e)(3) insurance contracts | **(2)** | ☐ Code section 412(e)(3) insurance contracts |
| **(3)** | ☒ | Trust | **(3)** | ☒ Trust |
| **(4)** | ☐ | General assets of the sponsor | **(4)** | ☐ General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

**a Pension Schedules**

| **(1)** | ☒ | **R**  (Retirement Plan Information) |
|---|---|---|
| **(2)** | ☐ | **MB**  (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary |
| **(3)** | ☐ | **SB**  (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary |

**b  General Schedules**

| **(1)** | ☒ | **H**  (Financial Information) |
|---|---|---|
| **(2)** | ☐ | **I**  (Financial Information – Small Plan) |
| **(3)** | ☐ ___ | **A**  (Insurance Information) |
| **(4)** | ☒ | **C**  (Service Provider Information) |
| **(5)** | ☒ | **D**  (DFE/Participating Plan Information) |
| **(6)** | ☐ | **G**  (Financial Transaction Schedules) |

# Whataburger Profit Sharing and 401(k) Savings Plan
### EIN 30-1199687 PN 001
### Schedule H, Line 4i – Schedule of Assets (Held at End of Year)
### December 31, 2019

| Description of investment including maturity date, rate of interest, collateral, par or maturity value | Investment type | Number of units/shares | Current value |
|---|---|---|---|
| Wells Fargo Stable Value FD CL C | Common/Collective Trust | 330,018.062 | $ 18,127,892 |
| Dodge & Cox Stock Fund | Mutual Fund | 155,625.409 | 30,153,979 |
| JPMorgan TR II Core Bond FD CL A | Mutual Fund | 3,098,176.537 | 36,651,429 |
| Mainstay Large-Cap Growth R1 | Mutual Fund | 2,712,729.715 | 26,584,751 |
| MFS Set TR XINTL Value R3 | Mutual Fund | 384,970.178 | 17,339,057 |
| Oppenheimer Developing Markets | Mutual Fund | 234,008.079 | 10,670,769 |
| Artisan International Fund Investments | Mutual Fund | 489,602.680 | 16,284,185 |
| Vanguard Selected Value Investments | Mutual Fund | 784,330.765 | 21,247,520 |
| Vanguard 500 Index FD Admiral Shares | Mutual Fund | 105,496.660 | 31,452,774 |
| Janus Henderson Triton FD CL T | Mutual Fund | 576,036.434 | 17,799,526 |
| *Notes receivable from participants Interest ranging from 4.25% - 9.25% with varioius maturity dates | Notes Receivable | | 17,310,400 |
| | | | $ 243,622,282 |

* Denotes party-in-interest

# Form 5500

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the instructions to the Form 5500.**

OMB Nos. 1210-0110
1210-0089

## 2021

**This Form is Open to Public Inspection**

---

| Part I | Annual Report Identification Information |
|---|---|

For calendar plan year 2021 or fiscal plan year beginning   01/01/2021                    and ending   12/31/2021

**A** This return/report is for:  ☐ a multiemployer plan ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☒ a single-employer plan ☐ a DFE (specify) ____

**B** This return/report is:  ☐ the first return/report ☐ the final return/report

☐ an amended return/report ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:  ☒ Form 5558 ☐ automatic extension ☐ the DFVC program

☐ special extension (enter description)

**E** If this is a retroactively adopted plan permitted by SECURE Act section 201, check here. . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

---

| Part II | Basic Plan Information—enter all requested information |
|---|---|

**1a** Name of plan

WHATABURGER PROFIT SHARING AND 401(K) SAVINGS PLAN

**1b** Three-digit plan number (PN) ▶   001

**1c** Effective date of plan
10/01/1971

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

WHATABURGER RESTAURANTS LLC

300 CONCORD PLAZA DRIVE
SAN ANTONIO, TX 78216

**2b** Employer Identification Number (EIN)
30-1199687

**2c** Plan Sponsor's telephone number
210-476-6000

**2d** Business code (see instructions)
722513

---

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 09/29/2022 | JANELLE SYKES, OBO PLAN ADMIN. |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2021)
v. 210624

Form 5500 (2021)                                                                 Page **2**

| 3a | Plan administrator's name and address ☐ Same as Plan Sponsor | 3b | Administrator's EIN |
|---|---|---|---|
| | | | 30-1199687 |
| | WHATABURGER PROFIT SHARING AND 401(K) ADMIN. COMMITTEE | 3c | Administrator's telephone number |
| | 300 CONCORD PLAZA DRIVE<br>SAN ANTONIO, TX 78216 | | 210-476-6000 |

| 4 | If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | 4b | EIN |
|---|---|---|---|
| a | Sponsor's name | 4d | PN |
| c | Plan Name | | |

| 5 | Total number of participants at the beginning of the plan year | 5 | 37919 |
|---|---|---|---|
| 6 | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1), 6a(2), 6b, 6c,** and **6d**). | | |
| a(1) | Total number of active participants at the beginning of the plan year.............. | 6a(1) | 35183 |
| a(2) | Total number of active participants at the end of  the plan year ...................... | 6a(2) | 36855 |
| b | Retired or separated participants receiving benefits............................................. | 6b | 0 |
| c | Other retired or separated participants entitled to future benefits ........................ | 6c | 1 |
| d | Subtotal. Add lines **6a(2)**, **6b**, and **6c**................................................................. | 6d | 36856 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ................. | 6e | 70 |
| f | Total.  Add lines **6d** and **6e**. ............................................................................... | 6f | 36926 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ................................ | 6g | 11715 |
| h | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ................ | 6h | 752 |
| 7 | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | 7 | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E   2F   2J   2K   2T   3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| 9a | Plan funding arrangement (check all that apply) | | 9b | Plan benefit arrangement (check all that apply) | |
|---|---|---|---|---|---|
| (1) | ☐ | Insurance | (1) | ☐ | Insurance |
| (2) | ☐ | Code section 412(e)(3) insurance contracts | (2) | ☐ | Code section 412(e)(3) insurance contracts |
| (3) | ☒ | Trust | (3) | ☒ | Trust |
| (4) | ☐ | General assets of the sponsor | (4) | ☐ | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| a | Pension Schedules | | | b | General Schedules | | |
|---|---|---|---|---|---|---|---|
| (1) | ☒ | **R**  (Retirement Plan Information) | | (1) | ☒ | **H**  (Financial Information) |
| (2) | ☐ | **MB**  (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | (2) | ☐ | **I**  (Financial Information – Small Plan) |
| | | | | (3) | ☐ ___ | **A**  (Insurance Information) |
| | | | | (4) | ☒ | **C**  (Service Provider Information) |
| (3) | ☐ | **SB**  (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | (5) | ☒ | **D**  (DFE/Participating Plan Information) |
| | | | | (6) | ☐ | **G**  (Financial Transaction Schedules) |

# Whataburger Profit Sharing and 401(k) Savings Plan
## EIN 30-1199687 PN 001
## Schedule H, Line 4i – Schedule of Assets (Held at End of Year)
## December 31, 2021

| Identity of Issuer | Description of Investment | Number of Units/Shares | Current Value |
|---|---|---|---|
| Wells Fargo Stable Value FD CL C | Common/Collective Trust | 400,741.996 | $ 22,866,338 |
| Dodge & Cox Stock Fund | Mutual Fund | 144,010.949 | 35,320,125 |
| JPMorgan TR II Core Bond FD CL A | Mutual Fund | 2,306,405.767 | 27,261,717 |
| Mainstay Large-Cap Growth R1 | Mutual Fund | 2,363,818.041 | 30,256,871 |
| MFS Set TR XINTL Value R3 | Mutual Fund | 423,997.743 | 22,259,882 |
| Oppenheimer Developing Markets | Mutual Fund | 233,605.468 | 10,984,129 |
| * Fidelity Extended Market Index Fund | Mutual Fund | 132,204.895 | 11,529,589 |
| * Fidelity Global Ex US Index | Mutual Fund | 1,019,470.590 | 15,587,705 |
| * Fidelity US Bond Index Fund | Mutual Fund | 1,417,434.718 | 16,980,868 |
| Vanguard Selected Value Investments | Mutual Fund | 577,526.278 | 17,701,180 |
| Vanguard 500 Index FD Admiral Shares | Mutual Fund | 80,004.793 | 35,188,508 |
| Janus Henderson Triton FD CL T | Mutual Fund | 414,928.239 | 13,875,200 |
| * Notes Receivable from Participants Interest Ranging from 4.25%–9.25% with Various Maturity Dates | Notes Receivable | | 14,552,304 |
| | | | $ 274,364,416 |

* Party-in-Interest

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2020** |
| Department of Labor Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

## Part I — Annual Report Identification Information

For calendar plan year 2020 or fiscal plan year beginning 01/01/2020 and ending 12/31/2020

**A** This return/report is for:  ☐ a multiemployer plan  ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☒ a single-employer plan  ☐ a DFE (specify) ____

**B** This return/report is:  ☐ the first return/report  ☐ the final return/report

☐ an amended return/report  ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:  ☒ Form 5558  ☐ automatic extension  ☐ the DFVC program

☐ special extension (enter description)

## Part II — Basic Plan Information—enter all requested information

**1a** Name of plan
WHATABURGER PROFIT SHARING AND 401(K) SAVINGS PLAN

**1b** Three-digit plan number (PN) ▶ 001

**1c** Effective date of plan
10/01/1971

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

WHATABURGER RESTAURANTS LLC

300 CONCORD PLAZA DRIVE
SAN ANTONIO, TX 78216

**2b** Employer Identification Number (EIN)
30-1199687

**2c** Plan Sponsor's telephone number
210-476-6000

**2d** Business code (see instructions)
722513

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 09/30/2021 | JANELLE SYKES, OBO PLAN ADMIN. |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | Filed with authorized/valid electronic signature. | | |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | Filed with authorized/valid electronic signature. | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2020)
v. 200204

Form 5500 (2020)          Page **2**

| **3a** | Plan administrator's name and address ☐ Same as Plan Sponsor | **3b** | Administrator's EIN |
|---|---|---|---|
| | WHATABURGER PROFIT SHARING AND 401(K) SAVINGS PLAN ADMIN COMMITTEE | | 30-1199687 |
| | | **3c** | Administrator's telephone number |
| | 300 CONCORD PLAZA DRIVE<br>SAN ANTONIO, TX 78216 | | 210-476-6000 |

| **4** | If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** | EIN |
|---|---|---|---|
| **a** | Sponsor's name | **4d** | PN |
| **c** | Plan Name | | |

| **5** | Total number of participants at the beginning of the plan year | **5** | 32315 |
|---|---|---|---|
| **6** | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| **a(1)** | Total number of active participants at the beginning of the plan year.............................. | **6a(1)** | 29715 |
| **a(2)** | Total number of active participants at the end of the plan year ................................... | **6a(2)** | 35183 |
| **b** | Retired or separated participants receiving benefits................................................. | **6b** | 5 |
| **c** | Other retired or separated participants entitled to future benefits ................................ | **6c** | 2671 |
| **d** | Subtotal. Add lines **6a(2)**, **6b**, and **6c**. | **6d** | 37859 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ............... | **6e** | 60 |
| **f** | Total. Add lines **6d** and **6e**. | **6f** | 37919 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) .......................................................... | **6g** | 13069 |
| **h** | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ................................................................ | **6h** | 1410 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E    2F    2J    2K    2T    3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** | Plan funding arrangement (check all that apply) | | **9b** | Plan benefit arrangement (check all that apply) | |
|---|---|---|---|---|---|
| **(1)** | ☐ | Insurance | **(1)** | ☐ | Insurance |
| **(2)** | ☐ | Code section 412(e)(3) insurance contracts | **(2)** | ☐ | Code section 412(e)(3) insurance contracts |
| **(3)** | ☒ | Trust | **(3)** | ☒ | Trust |
| **(4)** | ☐ | General assets of the sponsor | **(4)** | ☐ | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

| **a** | Pension Schedules | | | **b** | General Schedules | | |
|---|---|---|---|---|---|---|---|
| **(1)** | ☒ | **R** (Retirement Plan Information) | | **(1)** | ☒ | **H** (Financial Information) | |
| **(2)** | ☐ | **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | **(2)** | ☐ | **I** (Financial Information – Small Plan) | |
| | | | | **(3)** | ☐ ___ | **A** (Insurance Information) | |
| | | | | **(4)** | ☒ | **C** (Service Provider Information) | |
| **(3)** | ☐ | **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | **(5)** | ☒ | **D** (DFE/Participating Plan Information) | |
| | | | | **(6)** | ☐ | **G** (Financial Transaction Schedules) | |

# Whataburger Profit Sharing and 401(k) Savings Plan
### EIN 30-1199687 PN 001
### Schedule H, Line 4i – Schedule of Assets (Held at End of Year)
### December 31, 2020

| Description of Investment Including Maturity Date, Rate of Interest, Collateral, Par or Maturity Value | Investment Type | Number of Units/Shares | Current Value |
|---|---|---|---|
| Wells Fargo Stable Value FD CL C | Common/Collective Trust | 363,551.899 | $ 20,387,991 |
| Dodge & Cox Stock Fund | Mutual Fund | 154,278.649 | 29,707,897 |
| JPMorgan TR II Core Bond FD CL A | Mutual Fund | 3,027,921.671 | 37,213,156 |
| Mainstay Large-Cap Growth R1 | Mutual Fund | 2,062,915.739 | 26,384,692 |
| MFS Set TR XINTL Value R3 | Mutual Fund | 332,431.042 | 17,050,388 |
| Oppenheimer Developing Markets | Mutual Fund | 200,335.999 | 10,709,963 |
| Artisan International Fund Investments | Mutual Fund | 455,669.942 | 15,770,737 |
| Vanguard Selected Value Investments | Mutual Fund | 820,071.525 | 21,305,458 |
| Vanguard 500 Index FD Admiral Shares | Mutual Fund | 87,750.505 | 30,411,693 |
| Janus Henderson Triton FD CL T | Mutual Fund | 490,146.361 | 18,650,069 |
| * Notes receivable from participants Interest ranging from 4.25%–9.25% with various maturity dates | Notes Receivable | | 15,856,751 |
| | | | $ 243,448,795 |

* Denotes party-in-interest

# Form 5500

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the instructions to the Form 5500.**

OMB Nos. 1210-0110
1210-0089

**2022**

**This Form is Open to Public Inspection**

| Part I | Annual Report Identification Information |
|---|---|

For calendar plan year 2022 or fiscal plan year beginning  01/01/2022  and ending  12/31/2022

**A** This return/report is for:  ☐ a multiemployer plan  ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☒ a single-employer plan  ☐ a DFE (specify) ____

**B** This return/report is:  ☐ the first return/report  ☐ the final return/report

☐ an amended return/report  ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:  ☒ Form 5558  ☐ automatic extension  ☐ the DFVC program

☐ special extension (enter description)

**E** If this is a retroactively adopted plan permitted by SECURE Act section 201, check here. . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| Part II | Basic Plan Information—enter all requested information |
|---|---|

**1a** Name of plan

WHATABURGER 401(K) SAVINGS PLAN

**1b** Three-digit plan number (PN) ▶  001

**1c** Effective date of plan
10/01/1971

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

WHATABURGER RESTAURANTS LLC

300 CONCORD PLAZA DRIVE
SAN ANTONIO, TX 78216

**2b** Employer Identification Number (EIN)
30-1199687

**2c** Plan Sponsor's telephone number
210-476-6000

**2d** Business code (see instructions)
722513

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/11/2023 | JANELLE M SYKES |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2022)
v. 220413

Form 5500 (2022)                                                                                          Page **2**

| **3a** Plan administrator's name and address ☐ Same as Plan Sponsor | **3b** Administrator's EIN |
|---|---|
| | 30-1199687 |
| WHATABURGER 401(K) SAVINGS PLAN ADMINISTRATIVE COMMITTEE | **3c** Administrator's telephone number |
| 300 CONCORD PLAZA DRIVE | 210-476-6000 |
| SAN ANTONIO, TX 78216 | |

| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** EIN |
|---|---|
| | 30-1199687 |
| **a** Sponsor's name WHATABURGER RESTAURANTS LLC | **4d** PN |
| **c** Plan Name WHATABURGER PROFIT SHARING AND 401(K) SAVINGS PLAN | 001 |

| **5** Total number of participants at the beginning of the plan year | **5** | 36926 |
|---|---|---|
| **6** Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1), 6a(2), 6b, 6c,** and **6d**). | | |
| **a(1)** Total number of active participants at the beginning of the plan year ................................... | **6a(1)** | 36855 |
| **a(2)** Total number of active participants at the end of the plan year ...................................... | **6a(2)** | 36109 |
| **b** Retired or separated participants receiving benefits ................................................... | **6b** | 23 |
| **c** Other retired or separated participants entitled to future benefits ................................... | **6c** | 2935 |
| **d** Subtotal. Add lines **6a(2), 6b,** and **6c**.................................................................. | **6d** | 39067 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ....... | **6e** | 53 |
| **f** Total.  Add lines **6d** and **6e**................................................................................. | **6f** | 39120 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)................................................................................. | **6g** | 9796 |
| **h** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested........................................................................................ | **6h** | 639 |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) ........ | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E   2F   2G   2J   2K   2T

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
|---|---|---|---|
| **(1)** ☐ Insurance | | **(1)** ☐ Insurance | |
| **(2)** ☐ Code section 412(e)(3) insurance contracts | | **(2)** ☐ Code section 412(e)(3) insurance contracts | |
| **(3)** ☒ Trust | | **(3)** ☒ Trust | |
| **(4)** ☐ General assets of the sponsor | | **(4)** ☐ General assets of the sponsor | |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| **a** Pension Schedules | | **b** General Schedules | |
|---|---|---|---|
| **(1)** ☒ **R** (Retirement Plan Information) | | **(1)** ☒ **H** (Financial Information) | |
| **(2)** ☐ **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | **(2)** ☐ **I** (Financial Information – Small Plan) | |
| | | **(3)** ☐ 0 **A** (Insurance Information) | |
| | | **(4)** ☒ **C** (Service Provider Information) | |
| **(3)** ☐ **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | **(5)** ☒ **D** (DFE/Participating Plan Information) | |
| | | **(6)** ☐ **G** (Financial Transaction Schedules) | |

# Whataburger 401(k) Savings Plan

### EIN 30-1199687 PN 001
### Schedule H, Line 4i – Schedule of Assets (Held at End of Year)
### December 31, 2022

| Identity of Issuer | Description of Investment | Number of Units/Shares | Current Value |
|---|---|---|---|
| GALLIARD STBLE RTN C | Common/Collective Trust | 351,691.531 | $ 20,450,866 |
| * FID FRDM BLND 2055 R | Common/Collective Trust | 458,490.475 | 10,921,243 |
| * FID FRDM BLND 2010 R | Common/Collective Trust | 35,071.055 | 635,838 |
| * FID FRDM BLND 2020 R | Common/Collective Trust | 374,830.149 | 7,084,290 |
| * FID FRDM BLND 2035 R | Common/Collective Trust | 1,198,598.326 | 26,632,855 |
| * FID FRDM BLND 2040 R | Common/Collective Trust | 762,233.713 | 17,096,902 |
| * FID FRDM BLND 2045 R | Common/Collective Trust | 713,745.037 | 16,087,813 |
| * FID FRDM BLND 2065 R | Common/Collective Trust | 251,735.993 | 3,038,453 |
| * FID FRDM BLND 2060 R | Common/Collective Trust | 379,145.171 | 6,054,948 |
| * FID FRDM BLND 2005 R | Common/Collective Trust | 91,221.302 | 1,490,556 |
| * FID FRDM BLND 2015 R | Common/Collective Trust | 133,362.730 | 2,511,220 |
| * FID FRDM BLND 2025 R | Common/Collective Trust | 1,133,865.447 | 22,779,357 |
| * FID FRDM BLND 2030 R | Common/Collective Trust | 1,460,511.480 | 30,028,116 |
| * FID FRDM BLND 2050 R | Common/Collective Trust | 610,357.534 | 13,556,041 |
| * FID FRDM BLEND INC R | Common/Collective Trust | 3,857.009 | 57,508 |
| * FID GOVT MMKT | Mutual Fund | 112,157.270 | 112,157 |
| * FID U.S. BOND IDX | Mutual Fund | 351,786.590 | 3,581,187 |
| * FID 500 INDEX | Mutual Fund | 60,044.329 | 7,993,101 |
| * FID GLB EX US IDX | Mutual Fund | 131,422.226 | 1,649,349 |
| * FID EXTD MKT IDX | Mutual Fund | 7,567.112 | 476,879 |
| VANG SELECTED VALUE | Mutual Fund | 36,165.094 | 903,404 |
| INVS DEVELOP MKT Y | Mutual Fund | 29,460.192 | 1,029,928 |
| MS W LARGE CAP GR R1 | Mutual Fund | 168,339.502 | 1,309,681 |
| J H TRITON T | Mutual Fund | 50,084.893 | 1,199,533 |
| DODGE & COX STOCK I | Mutual Fund | 9,184.135 | 1,981,110 |
| JPM CORE BOND A | Mutual Fund | 55,664.099 | 562,207 |
| MFS INTL INTR VAL R3 | Mutual Fund | 30,054.628 | 1,057,021 |
| * Notes Receivable from Participants | Various Maturity Dates with Interest Rates Ranging from 4.25% – 9.25% | | 14,363,525 |
| | | | $ 214,645,088 |

\* Party-in-interest