# Exhibit D

# JPMorgan Large Cap Growth Fund
**Class/Ticker: R2/JLGZX; R3/JLGPX; R4/JLGQX; R5/JLGRX; R6/JLGMX**

### What is the goal of the Fund?
The Fund seeks long-term capital appreciation.

### Fees and Expenses of the Fund
The following table describes the fees and expenses that you may pay if you buy and hold shares of the Fund.

**ANNUAL FUND OPERATING EXPENSES**
(Expenses that you pay each year as a percentage of the value of your investment)

|  | Class R2 | Class R3 | Class R4 | Class R5 | Class R6 |
|---|---|---|---|---|---|
| Management Fees | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% |
| Distribution (Rule 12b-1) Fees | 0.50 | 0.25 | NONE | NONE | NONE |
| Other Expenses | 0.35 | 0.35 | 0.35 | 0.20 | 0.10 |
| Service Fees | 0.25 | 0.25 | 0.25 | 0.10 | NONE |
| Remainder of Other Expenses | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 |
| Total Annual Fund Operating Expenses | 1.35 | 1.10 | 0.85 | 0.70 | 0.60 |
| Fee Waivers and/or Expense Reimbursements[1] | (0.16) | (0.16) | (0.16) | (0.16) | (0.16) |
| Total Annual Fund Operating Expenses after Fee Waivers and/or Expense Reimbursements[1] | 1.19 | 0.94 | 0.69 | 0.54 | 0.44 |

[1] The Fund's adviser and/or its affiliates have contractually agreed to waive fees and/or reimburse expenses to the extent Total Annual Fund Operating Expenses (excluding acquired fund fees and expenses other than certain money market fund fees as described below, dividend and interest expenses related to short sales, interest, taxes, expenses related to litigation and potential litigation, expenses related to trustee elections, and extraordinary expenses) exceed 1.19%, 0.94%, 0.69%, 0.54% and 0.44% of the average daily net assets of Class R2, Class R3, Class R4, Class R5 and Class R6 Shares, respectively. The Fund may invest in one or more money market funds advised by the adviser or its affiliates (affiliated money market funds). The Fund's adviser, shareholder servicing agent and/or administrator have contractually agreed to waive fees and/or reimburse expenses in an amount sufficient to offset the respective net fees each collects from the affiliated money market funds on the Fund's investment in such money market funds. These waivers are in effect through 10/31/19, at which time the adviser and/or its affiliates will determine whether to renew or revise them. To the extent that the Fund engages in securities lending, affiliated money market fund fees and expenses resulting from the Fund's investment of cash received from securities lending borrowers are not included in Total Annual Fund Operating Expenses and therefore, the above waivers do not apply to such investments.

### Example
This Example is intended to help you compare the cost of investing in the Fund with the cost of investing in other mutual funds. The Example assumes that you invest $10,000 in the Fund for the time periods indicated. The Example also assumes that your investment has a 5% return each year and that the Fund's operating expenses are equal to the total annual fund operating expenses after fee waivers and expense reimbursements shown in the fee table through 10/31/19 and total annual fund operating expenses thereafter. Your actual costs may be higher or lower.

**WHETHER OR NOT YOU SELL YOUR SHARES, YOUR COST WOULD BE:**

|  | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|
| CLASS R2 SHARES ($) | 121 | 412 | 724 | 1,610 |
| CLASS R3 SHARES ($) | 96 | 334 | 591 | 1,326 |
| CLASS R4 SHARES ($) | 70 | 255 | 456 | 1,034 |
| CLASS R5 SHARES ($) | 55 | 208 | 374 | 855 |
| CLASS R6 SHARES ($) | 45 | 176 | 319 | 735 |

### Portfolio Turnover
The Fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when Fund shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses, or in the Example, affect the Fund's performance. During the Fund's most recent fiscal year, the Fund's portfolio turnover rate was 24% of the average value of its portfolio.

### What are the Fund's main investment strategies?
Under normal circumstances, at least 80% of the Fund's Assets will be invested in the equity securities of large, well-established companies. "Assets" means net assets, plus the amount of borrowings for investment purposes. Large, well-established companies are companies with market capitalizations equal to those within the universe of the Russell 1000® Growth Index at the time of purchase. As of the reconstitution of the Russell 1000 Growth Index on June 22, 2018, the market capitalizations of the companies in the index ranged from $1.57 billion to $909 billion. Typically, in implementing its strategy, the Fund invests in common stocks of companies with a history of above-average growth or companies expected to enter periods of above-average growth.

Derivatives, which are instruments that have a value based on another instrument, exchange rate or index, may be used as substitutes for securities in which the Fund can invest. To the extent the Fund uses derivatives, the Fund will primarily use futures contracts to more effectively gain targeted equity exposure from its cash positions.

Table of Contents

# JPMorgan Large Cap Growth Fund (continued)

Investment Process: In managing the Fund, the adviser employs a fundamental bottom-up approach (focusing on the characteristics of individual securities) that seeks to identify companies with positive price momentum and attractive fundamentals. The adviser seeks structural disconnects which allow businesses to exceed market expectations. These disconnects may result from: demographic/cultural changes, technological advancements and/or regulatory changes.

The adviser may sell a security for several reasons. A security may be sold due to a change in the original investment thesis, if market expectations exceed the company's potential to deliver and/or due to balance sheet deterioration. Investments may also be sold if the adviser identifies a stock that it believes offers a better investment opportunity.

**The Fund's Main Investment Risks**

The Fund is subject to management risk and may not achieve its objective if the adviser's expectations regarding particular instruments or markets are not met.

An investment in this Fund or any other fund may not provide a complete investment program. The suitability of an investment in the Fund should be considered based on the investment objective, strategies and risks described in this Prospectus, considered in light of all of the other investments in your portfolio, as well as your risk tolerance, financial goals and time horizons. You may want to consult with a financial advisor to determine if this Fund is suitable for you.

The Fund is subject to the main risks noted below, any of which may adversely affect the Fund's performance and ability to meet its investment objective.

*Equity Market Risk.* The price of equity securities may rise or fall because of changes in the broad market or changes in a company's financial condition, sometimes rapidly or unpredictably. These price movements may result from factors affecting individual companies, sectors or industries selected for the Fund's portfolio or the securities market as a whole, such as changes in economic or political conditions. When the value of the Fund's securities goes down, your investment in the Fund decreases in value.

*General Market Risk.* Economies and financial markets throughout the world are becoming increasingly interconnected, which increases the likelihood that events or conditions in one country or region will adversely impact markets or issuers in other countries or regions. Securities in the Fund's portfolio may underperform in comparison to securities in general financial markets, a particular financial market or other asset classes, due to a number of factors, including inflation (or expectations for inflation), interest rates, global demand for particular products or resources, natural disasters or events, terrorism, regulatory events and government controls.

*Growth Investing Risk.* Because growth investing attempts to identify companies that the adviser believes will experience rapid earnings growth relative to value or other types of stocks, growth stocks may trade at higher multiples of current earnings compared to value or other stocks, leading to inflated prices and thus potentially greater declines in value.

*Large Cap Company Risk.* Because the Fund invests principally in large cap company securities, it may underperform other funds during periods when the Fund's securities are out of favor.

*Derivatives Risk.* Derivatives, including futures, may be riskier than other types of investments and may increase the volatility of the Fund. Derivatives may be sensitive to changes in economic and market conditions and may create leverage, which could result in losses that significantly exceed the Fund's original investment. Certain derivatives expose the Fund to counterparty risk, which is the risk that the derivative counterparty will not fulfill its contractual obligations (and includes credit risk associated with the counterparty). Certain derivatives are synthetic instruments that attempt to replicate the performance of certain reference assets. With regard to such derivatives, the Fund does not have a claim on the reference assets and is subject to enhanced counterparty risk. Derivatives may not perform as expected, so the Fund may not realize the intended benefits. When used for hedging, the change in value of a derivative may not correlate as expected with the security or other risk being hedged. In addition, given their complexity, derivatives expose the Fund to risks of mispricing or improper valuation.

*Industry and Sector Focus Risk.* At times the Fund may increase the relative emphasis of its investments in a particular industry or sector. The prices of securities of issuers in a particular industry or sector may be more susceptible to fluctuations due to changes in economic or business conditions, government regulations, availability of basic resources or supplies, or other events that affect that industry or sector more than securities of issuers in other industries and sectors. To the extent that the Fund increases the relative emphasis of its investments in a particular industry or sector, its shares' values may fluctuate in response to events affecting that industry or sector.

*Transactions Risk.* The Fund could experience a loss and its liquidity may be negatively impacted when selling securities to meet redemption requests by shareholders. The risk of loss increases if the redemption requests are unusually large or frequent or occur in times of overall market turmoil or declining prices. Similarly, large purchases of Fund shares may adversely affect the Fund's performance to the extent that the Fund is delayed in investing new cash and is required to maintain a larger cash position than it ordinarily would.

Table of Contents

Investments in the Fund are not deposits or obligations of, or guaranteed or endorsed by, any bank and are not insured or guaranteed by the FDIC, the Federal Reserve Board or any other government agency.

You could lose money investing in the Fund.

**The Fund's Past Performance**

This section provides some indication of the risks of investing in the Fund. The bar chart shows how the performance of the Fund's Class R2 Shares has varied from year to year for the past ten calendar years. The table shows the average annual total returns over the past one year, five years and ten years. The table compares that performance to the Russell 1000® Growth Index and the Lipper Large-Cap Growth Funds Index, an index based on the total returns of certain mutual funds within the Fund's designated category as determined by Lipper. Unlike the other index, the Lipper index includes the fees and expenses of the mutual funds included in the index. The performance for Class R2, Class R3, Class R4 and Class R5 Shares is based on the performance of Class I Shares (which are not offered in this prospectus) prior to their inception. The performance of Class R6 Shares is based on the performance of Class R5 and Class I Shares prior to their inception. Prior class performance for Class R2 and Class R3 Shares has been adjusted to reflect differences in expenses between classes. The actual returns of Class R4 Shares would have been similar to those shown because Class R4 Shares had similar expenses to Class I Shares. The actual returns for Class R5 Shares would have been different than those shown because Class R5 Shares have different expenses than Class I Shares. The actual returns of Class R6 Shares would have been different than those shown because Class R6 Shares have different expenses than Class R5 and Class I Shares. Past performance (before and after taxes) is not necessarily an indication of how any class of the Fund will perform in the future. *Updated performance information is available by visiting www.jpmorganfunds.com or by calling 1-800-480-4111.*

**YEAR-BY-YEAR RETURNS - CLASS R2 SHARES**



| **Best Quarter** | 3rd quarter, 2010 | **17.20%** |
|---|---|---|
| **Worst Quarter** | 4th quarter, 2008 | **-21.64%** |

The Fund's year-to-date total return through 9/30/18 was 22.97%.

**AVERAGE ANNUAL TOTAL RETURNS**
**(For periods ended December 31, 2017)**

|  | Past 1 Year | Past 5 Years | Past 10 Years |
|---|---|---|---|
| **CLASS R5 SHARES** | | | |
| Return Before Taxes | 38.22% | 16.66% | 9.63% |
| Return After Taxes on Distributions | 33.85 | 15.09 | 8.87 |
| Return After Taxes on Distributions and Sale of Fund Shares | 24.92 | 13.26 | 7.82 |
| **CLASS R2 SHARES** | | | |
| Return Before Taxes | 37.33 | 15.95 | 8.96 |
| **CLASS R3 SHARES** | | | |
| Return Before Taxes | 37.63 | 16.20 | 9.26 |
| **CLASS R4 SHARES** | | | |
| Return Before Taxes | 37.99 | 16.43 | 9.45 |
| **CLASS R6 SHARES** | | | |
| Return Before Taxes | 38.37 | 16.75 | 9.69 |
| **RUSSELL 1000 GROWTH INDEX** | | | |
| (Reflects No Deduction for Fees, Expenses, or Taxes) | 30.21 | 17.33 | 10.00 |
| **LIPPER LARGE-CAP GROWTH FUNDS INDEX** | | | |
| (Reflects No Deduction for Taxes) | 31.85 | 15.90 | 8.20 |

After-tax returns are shown only for the Class R5 Shares, and after-tax returns for the other classes will vary. After-tax returns are calculated using the historical highest individual federal marginal income tax rates and do not reflect the impact of state and local taxes. Actual after-tax returns depend on your

NOVEMBER 1, 2018 | 51

Table of Contents

## JPMorgan Large Cap Growth Fund (continued)

tax situation and may differ from those shown. The after-tax returns shown are not relevant to investors who hold their shares through tax-deferred arrangements such as 401(k) plans or individual retirement accounts.

### Management

J.P. Morgan Investment Management Inc.

| Portfolio Manager | Managed the Fund Since | Primary Title with Investment Adviser |
|---|---|---|
| Giri Devulapally | 2004 | Managing Director |

### Purchase and Sale of Fund Shares

Purchase minimums

There are no minimum or maximum purchase requirements with respect to Class R2, Class R3, Class R4 or Class R5 Shares.

| For Class R6 Shares | |
|---|---|
| To establish an account | $15,000,000 for Direct Investors $5,000,000 for Discretionary Accounts |
| To add to an account | No minimum levels |

There is no investment minimum for other Class R6 eligible investors. In general, you may purchase or redeem shares on any business day:

- Through your Financial Intermediary or the eligible retirement plan or college savings plan through which you invest in the Fund
- By writing to J.P. Morgan Funds Services, P.O. Box 219143, Kansas City, MO 64121-9143
- After you open an account, by calling J.P. Morgan Funds Services at 1-800-480-4111

### Tax Information

The Fund intends to make distributions that may be taxed as ordinary income or capital gains, except when your investment is in a 401(k) plan or other tax-advantaged investment plan, in which case you may be subject to federal income tax upon withdrawal from the tax-advantaged investment plan.

### Payments to Broker-Dealers and Other Financial Intermediaries

If you purchase shares of the Fund through a broker-dealer or other financial intermediary (such as a bank), the Fund and its related companies may pay the financial intermediary for the sale of Fund shares and related services. These payments may create a conflict of interest by influencing the broker-dealer or financial intermediary and your salesperson to recommend the Fund over another investment. Ask your salesperson or visit your financial intermediary's website for more information.