# Exhibit G

# MainStay Large Cap Growth Fund

## Investment Objective

The Fund seeks long-term growth of capital.

## Fees and Expenses of the Fund

The table below describes the fees and expenses that you may pay if you buy and hold shares of the Fund. You may qualify for sales charge discounts if you and your family invest, or agree to invest in the future, at least $50,000 in the MainStay Funds. This amount may vary depending on the MainStay Fund in which you invest. In addition, different financial intermediary firms and financial professionals may impose different sales loads and waivers. More information about these and other discounts or waivers is available from your financial professional; in the "Information on Sales Charges" section starting on page 105 of the Prospectus and Appendix A – Intermediary-Specific Sales Charge Waivers and Discounts; and in the "Alternative Sales Arrangements" section on page 108 of the Statement of Additional Information.

|  | Class A | Investor Class | Class B[1] | Class C | Class I | Class R1 | Class R2 | Class R3 | Class R6 |
|---|---|---|---|---|---|---|---|---|---|
| **Shareholder Fees** (fees paid directly from your investment) | | | | | | | | | |
| Maximum Sales Charge (Load) Imposed on Purchases (as a percentage of offering price) | 5.50% | 5.50% | None | None | None | None | None | None | None |
| Maximum Deferred Sales Charge (Load) (as a percentage of the lesser of the original offering price or redemption proceeds) | None[2] | None[2] | 5.00% | 1.00% | None | None | None | None | None |
| **Annual Fund Operating Expenses** (expenses that you pay each year as a percentage of the value of your investment) | | | | | | | | | |
| Management Fees (as an annual percentage of the Fund's average daily net assets)[3] | 0.62% | 0.62% | 0.62% | 0.62% | 0.62% | 0.62% | 0.62% | 0.62% | 0.62% |
| Distribution and/or Service (12b-1) Fees | 0.25% | 0.25% | 1.00% | 1.00% | None | None | 0.25% | 0.50% | None |
| Other Expenses | 0.13% | 0.20% | 0.20% | 0.20% | 0.13% | 0.23% | 0.23% | 0.23% | 0.01% |
| Total Annual Fund Operating Expenses | 1.00% | 1.07% | 1.82% | 1.82% | 0.75% | 0.85% | 1.10% | 1.35% | 0.63% |

1. Class B shares are closed to all new purchases as well as additional investments by existing Class B shareholders.

2. A contingent deferred sales charge of 1.00% may be imposed on certain redemptions made within 18 months of the date of purchase on shares that were purchased without an initial sales charge.

3. The management fee is as follows: 0.75% on assets up to $500 million; 0.725% on assets from $500 million to $750 million; 0.71% on assets from $750 million to $1 billion; 0.70% on assets from $1 billion to $2 billion; 0.66% on assets from $2 billion to $3 billion; 0.61% on assets from $3 billion to $7 billion; 0.585% on assets from $7 billion to $9 billion; and 0.575% on assets over $9 billion.

## Example

The Example is intended to help you compare the cost of investing in the Fund with the cost of investing in other mutual funds. The Example assumes that you invest $10,000 in the Fund for the time periods indicated whether or not you redeem all of your shares at the end of those periods (except as indicated with respect to Class B and Class C shares). The Example reflects Class B shares converting into Investor Class shares in years 9-10; fees could be lower if you are eligible to convert to Class A shares instead. The Example also assumes that your investment has a 5% return each year and that the Fund's operating expenses remain the same. The Example reflects the contractual fee waiver and/or expense reimbursement arrangement, if applicable, for the current duration of the arrangement only. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| Expenses After | Class A | Investor Class | Class B | | Class C | | Class I | Class R1 | Class R2 | Class R3 | Class R6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Assuming no redemption | Assuming redemption at end of period | Assuming no redemption | Assuming redemption at end of period | | | | | |
| 1 Year | $ 646 | $ 653 | $ 185 | $ 685 | $ 185 | $ 285 | $ 77 | $ 87 | $ 112 | $ 137 | $ 64 |
| 3 Years | $ 851 | $ 872 | $ 573 | $ 873 | $ 573 | $ 573 | $ 240 | $ 271 | $ 350 | $ 428 | $ 202 |
| 5 Years | $ 1,072 | $ 1,108 | $ 985 | $ 1,185 | $ 985 | $ 985 | $ 417 | $ 471 | $ 606 | $ 739 | $ 351 |
| 10 Years | $ 1,707 | $ 1,784 | $ 1,940 | $ 1,940 | $ 2,137 | $ 2,137 | $ 930 | $ 1,049 | $ 1,340 | $ 1,624 | $ 786 |

## Portfolio Turnover

The Fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in higher taxes when Fund shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the Example, affect the Fund's performance. During the most recent fiscal year, the Fund's portfolio turnover rate was 61% of the average value of its portfolio.

**MainStay Large Cap Growth Fund**

### Principal Investment Strategies

Under normal circumstances, the Fund invests at least 80% of its assets (net assets plus any borrowings for investment purposes) in large capitalization companies, which are companies having a market capitalization in excess of $4 billion at the time of purchase. Typically, Winslow Capital Management, LLC, the Fund's Subadvisor, invests substantially all of the Fund's investable assets in domestic securities. However, the Fund is permitted to invest up to 20% of its net assets in foreign securities, which are generally securities issued by companies organized outside the U.S. or that trade primarily in non-U.S. securities markets.

**Investment Process:** The Fund invests in those companies that the Subadvisor believes will provide an opportunity for achieving superior portfolio returns (i.e., returns in excess of the returns of the average stock mutual fund) over the long term. The Subadvisor seeks to invest in companies that have the potential for above-average future earnings and cash flow growth with management focused on shareholder value.

When purchasing stocks for the Fund, the Subadvisor looks for companies typically having some or all of the following attributes: addressing markets with growth opportunities; leads or gains in market share; identifiable and sustainable competitive advantages; managed by a team that can perpetuate the firm's competitive advantages; high, and preferably rising, returns on invested capital; deploys excess cash flow to enhance shareholder return; and demonstrates sound corporate governance.

The Subadvisor takes a "bottom-up" investment approach when selecting investments. This means it bases investment decisions on company specific factors, not general economic conditions.

Under normal market conditions, the Subadvisor employs a sell discipline pursuant to which it may sell some or all of its position in a stock when a stock becomes fully valued, the fundamental business prospects are deteriorating, or the position exceeds limits set by the Subadvisor.

### Principal Risks

You can lose money by investing in the Fund. An investment in the Fund is not a bank deposit and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other governmental agency. The investments selected by the Fund's Subadvisor may underperform the market or other investments. The Fund may receive large purchase or redemption orders which may have adverse effects on performance if the Fund were required to sell securities, invest cash or hold a relatively large amount of cash at times when it would not otherwise do so.

The principal risks of investing in the Fund are summarized below.

**Market Risk:** The value of the Fund's investments may fluctuate because of changes in the markets in which the Fund invests, which could cause the Fund to underperform other funds with similar investment objectives and strategies. Changes in these markets may be rapid and unpredictable. From time to time, markets may experience periods of stress for potentially prolonged periods that may result in: (i) increased market volatility; (ii) reduced market liquidity; and (iii) increased redemptions of Fund shares. Such conditions may add significantly to the risk of volatility in the net asset value of the Fund's shares.

**Portfolio Management Risk:** The investment strategies, practices and risk analysis used by the Subadvisor may not produce the desired results. In addition, the Fund may not achieve its investment objective, including during a period in which the Subadvisor takes temporary positions in response to unusual or adverse market, economic or political conditions, or other unusual or abnormal circumstances.

**Equity Securities Risk:** Investments in common stocks and other equity securities are particularly subject to the risk of changing economic, stock market, industry and company conditions and the risks inherent in the portfolio managers' ability to anticipate such changes that can adversely affect the value of the Fund's holdings. Opportunity for greater gain often comes with greater risk of loss.

**Market Capitalization Risk:** To the extent the Fund invests in securities issued by small-, mid-, or large-cap companies, the Fund will be subject to the risks associated with securities issued by companies of the applicable market capitalization. Securities of small-cap and mid-cap companies may be subject to greater price volatility, significantly lower trading volumes, cyclical, static or moderate growth prospects and greater spreads between their bid and ask prices than securities of larger companies. Smaller capitalization companies frequently rely on narrower product lines and niche markets and may be more vulnerable to adverse business or market developments. Securities issued by larger companies may have less growth potential and may not be able to attain the high growth rates of successful smaller companies, especially during strong economic periods. In addition, larger companies may be less capable of responding quickly to competitive challenges and industry changes, including those resulting from improvements in technology, and may suffer sharper price declines as a result of earnings disappointments. There is a risk that the securities issued by companies of a certain market capitalization may underperform the broader market at any given time.

**Growth Stock Risk:** If growth companies do not increase their earnings at a rate expected by investors, the market price of the stock may decline significantly, even if earnings show an absolute increase. Growth company stocks also typically lack the dividend yield that can cushion stock prices in market downturns.

**Foreign Securities Risk:** Investments in foreign securities may be riskier than investments in U.S. securities. Differences between U.S. and foreign regulatory regimes and securities markets, including less stringent investor protections and disclosure standards of some foreign markets, less liquid trading markets and political and economic developments in foreign countries, may affect the value of the Fund's investments in foreign securities. Foreign securities may also subject the Fund's investments to changes in currency rates. Changes in the value of foreign currencies may make the return on an investment go up or down, unrelated to the quality or performance of the investment itself. These risks may be greater with

**MainStay Large Cap Growth Fund**

respect to securities of companies that conduct their business activities in emerging markets or whose securities are traded principally in emerging markets.

## Past Performance

The following bar chart and table indicate some of the risks of investing in the Fund. The bar chart shows you how the Fund's calendar year performance has varied over the last ten years. Sales loads, if any, are not reflected in the bar chart. If they were, returns would be less than those shown. The average annual total returns table shows how the Fund's average annual total returns (before and after taxes) for the one-, five- and ten-year periods compare to those of two broad-based securities market indices. The Fund has selected the Russell 1000® Growth Index as its primary benchmark. The Russell 1000® Growth Index measures the performance of the large-cap growth segment of the U.S. equity universe. It includes those Russell 1000® Index companies with higher price-to-book ratios and higher forecasted growth values. The Fund has selected the Standard & Poor's 500® Index ("S&P 500® Index") as its secondary benchmark. The S&P 500® Index is widely regarded as the standard index for measuring large-cap U.S. stock market performance.

Performance data for the classes varies based on differences in their fee and expense structures. Performance is not shown for classes with less than one calendar year of performance. Past performance (before and after taxes) is not necessarily an indication of how the Fund will perform in the future. Please visit nylinvestments.com/funds for more recent performance information.

**Annual Returns, Class A Shares**

(by calendar year 2008-2017)



| **Best Quarter** | |
|---|---|
| 1Q/12 | 17.20% |
| **Worst Quarter** | |
| 4Q/08 | -22.57% |

**Average Annual Total Returns** (for the periods ended December 31, 2017)

|  | Inception | 1 Year | 5 Years or Since Inception | 10 Years or Since Inception |
|---|---|---|---|---|
| Return Before Taxes | | | | |
| Class A | 7/1/1995 | 24.89% | 14.18% | 7.95% |
| Return After Taxes on Distributions | | | | |
| Class A | | 20.20% | 11.23% | 6.52% |
| Return After Taxes on Distributions and Sale of Fund Shares | | | | |
| Class A | | 17.37% | 10.89% | 6.23% |
| Return Before Taxes | | | | |
| Investor Class | 2/28/2008 | 24.72% | 14.08% | 8.82% |
| Class B | 4/1/2005 | 26.02% | 14.31% | 7.66% |
| Class C | 4/1/2005 | 30.06% | 14.56% | 7.67% |
| Class I | 4/1/2005 | 32.39% | 15.77% | 8.87% |
| Class R1 | 4/1/2005 | 32.42% | 15.65% | 8.76% |
| Class R2 | 4/1/2005 | 31.95% | 15.36% | 8.49% |
| Class R3 | 4/28/2006 | 31.70% | 15.07% | 8.24% |
| Class R6 | 6/17/2013 | 32.51% | 14.47% | N/A |
| Russell 1000® Growth Index (reflects no deductions for fees, expenses, or taxes) | | 30.21% | 17.33% | 10.00% |
| S&P 500® Index (reflects no deductions for fees, expenses, or taxes) | | 21.83% | 15.79% | 8.50% |

After-tax returns are calculated using the highest individual federal marginal income tax rates in effect at the time of each distribution or capital gain or upon the sale of fund shares, and do not reflect the impact of state and local taxes. In some cases, the return after taxes may exceed the

20

return before taxes due to an assumed tax benefit from any losses on a sale of shares at the end of the measurement period. Actual after-tax returns depend on your tax situation and may differ from those shown. After-tax returns are not relevant if you hold your shares through tax-deferred arrangements, such as 401(k) plans or individual retirement accounts. After-tax returns shown are for Class A shares. After-tax returns for the other share classes may vary.

### Management

New York Life Investment Management LLC serves as the Fund's Manager. Winslow Capital Management, LLC serves as the Fund's Subadvisor.

| Subadvisor | Portfolio Managers | Fund Service Date |
|---|---|---|
| Winslow Capital Management, LLC | Justin H. Kelly, Chief Executive Officer & Chief Investment Officer | Since 2005 |
| | Patrick M. Burton, Managing Director | Since 2013 |

### How to Purchase and Sell Shares

You may purchase or sell shares of the Fund on any day the Fund is open for business by contacting your financial adviser or financial intermediary firm, or by contacting the Fund by telephone at **800-MAINSTAY (624-6782)**, by mail at MainStay Funds, P.O. Box 8401, Boston, MA 02266-8401 or by accessing our website at nylinvestments.com/funds. Class R6 shares are generally available only to certain retirement plans held with the Fund through omnibus accounts (either at the plan level or omnibus accounts held on the books of the Fund). Class R6 shares are generally not available to retail accounts. Generally, an initial investment minimum of $1,000 applies if you invest in Investor Class or Class C shares, $15,000 for Class A shares and $5,000,000 for individual investors in Class I shares investing directly (i) with the Fund; or (ii) through certain private banks and trust companies that have an agreement with NYLIFE Distributors LLC, the Fund's principal underwriter and distributor, or its affiliates. A subsequent investment minimum of $50 applies to investments in Investor Class and Class C shares. However, for Investor Class or Class C shares purchased through AutoInvest, MainStay's systematic investment plan, a $500 initial investment minimum and a $50 minimum for subsequent purchases applies. Class R1 shares, Class R2 shares, Class R3 shares, Class R6 shares and institutional shareholders in Class I shares have no initial or subsequent investment minimums. Class B shares are closed to all new purchases and additional investments.

Certain financial intermediaries through whom you may invest may impose their own investment minimums, fees, policies and procedures for purchasing and selling Fund shares, which are not described in this Prospectus or the Statement of Additional Information, and which will depend on the policies, procedures and trading platforms of the financial intermediary. Consult a representative of your financial intermediary about the availability of shares of the Fund and the intermediary's policies, procedures and other information.

### Tax Information

The Fund's distributions are generally taxable to you as ordinary income, capital gains, or a combination of the two, unless you are investing through a tax-deferred arrangement, such as a 401(k) plan or an individual retirement account.

### Compensation to Financial Intermediary Firms

If you purchase Fund shares through a financial intermediary firm (such as a broker/dealer or bank), the Fund and its related companies may pay the intermediary for the sale of Fund shares and related services. These payments may create a conflict of interest by influencing the financial intermediary firm or your financial adviser to recommend the Fund over another investment. Ask your financial adviser or visit your financial intermediary firm's website for more information. No compensation, administrative payments, sub-transfer agency payments or service payments are paid to broker/dealers or other financial intermediaries from Fund assets or the Distributor's or an affiliate's resources on sales of or investments in Class R6 shares. Class R6 shares do not carry sales commissions or pay Rule 12b-1 fees, or make payments to financial intermediaries to assist in, or in connection with, the sale of the Fund's shares.