# Exhibit M

Data through May 31, 2024 FINRA members: For internal or institutional use only.

# Janus Henderson Triton T

| | | | |
|---|---|---|---|
| **Ticker** | **Yield** | **Total Assets** | **Mstar Category** |
| JATTX | 0.0% | $6,386 mil | Small Growth |

**Benchmark 1:** Russell 2000 Growth TR USD
**Benchmark 2:** S&P 500 TR USD

## Morningstar Medalist Rating™

 Silver

| | |
|---|---|
| Analyst-Driven % | 100.00% |
| Data Coverage % | 100.00% |

### Morningstar Pillars

| | | |
|---|---|---|
| Process | 01-11-24 | Above Average |
| People  | 01-11-24 | Above Average |
| Parent  | 11-30-23 | Average |

**Morningstar Medalist Rating™**

Morningstar Medalist Ratings/Pillar Scores are assigned based on (1) an analyst's qualitative assessment, either directly or indirectly or (2) using algorithmic techniques intended to be similar to those an analyst might assign if he/she had covered the vehicle. Investment vehicles are evaluated on three key pillars. Qualitative investment research is produced and issued by subsidiaries of Morningstar, Inc. Quantitatively-driven analysis is generated using mental models meant to mirror analyst-driven written analysis. The Medalist Rating Spectrum includes Gold, Silver, Bronze, Neutral and Negative. The Pillar Rating Spectrum includes Low, Below Average, Average, Above Average and High.

### Historical Profile

| | |
|---|---|
| Return | Average |
| Risk   | Below Avg |
| Rating | ★★★ Neutral |

**Investment Style**
Equity

**Growth of $10,000**
— Investment Values of Fund
— Investment Values of Benchmark 1

**Performance Quartile** (within Category)

| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 05-24 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23.44 | 21.98 | 23.61 | 28.51 | 25.13 | 30.90 | 38.05 | 33.44 | 23.95 | 25.42 | 26.34 | NAV |
| 9.45 | 1.21 | 10.42 | 26.90 | -5.26 | 28.30 | 28.33 | 6.96 | -23.77 | 14.46 | 3.62 | Total Return % |
| 3.85 | 2.59 | -0.90 | 4.74 | 4.04 | -0.19 | -6.30 | 4.12 | 2.59 | -4.20 | -1.00 | +/- Bmark 1 |
| -4.23 | -0.18 | -1.54 | 5.07 | -0.88 | -3.19 | 9.93 | -21.75 | -5.66 | -11.83 | -7.68 | +/- Bmark 2 |
| 0.05 | 0.09 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Income Return % |
| 9.40 | 1.12 | 10.33 | 26.90 | -5.26 | 28.30 | 28.33 | 6.96 | -23.77 | 14.46 | 3.62 | Capital Return % |
| 4 | 16 | 50 | 21 | 47 | 44 | 67 | 67 | 30 | 68 | 63 | Total Rtn % Rank Cat |
| 0.01 | 0.02 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Income $ |
| 2.36 | 1.71 | 0.65 | 1.46 | 1.90 | 1.33 | 1.59 | 6.93 | 1.52 | 1.85 | 0.00 | Capital Gains $ |
| 0.93 | 0.92 | 0.92 | 0.92 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | — | Expense Ratio % |
| -0.20 | -0.20 | 0.04 | -0.07 | -0.04 | -0.07 | -0.35 | -0.49 | -0.44 | -0.16 | — | Income Ratio % |
| 30 | 27 | 22 | 30 | 21 | 26 | 32 | 24 | 8 | 19 | — | Turnover Rate % |
| 2,357 | 2,487 | 2,524 | 2,891 | 2,596 | 2,951 | 2,929 | 2,560 | 1,622 | 1,569 | — | Net Assets $mil |

### Performance 05-31-24

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 2020 | -27.86 | 29.43 | 6.31 | 29.29 | 28.33 |
| 2021 | 0.47 | 5.07 | -2.07 | 3.45 | 6.96 |
| 2022 | -9.51 | -17.32 | -5.04 | 7.29 | -23.77 |
| 2023 | 6.43 | 3.41 | -5.77 | 10.36 | 14.46 |
| 2024 | 6.25 | — | — | — | — |

| Trailing | Total Return% | +/- Bmark 1 | +/- Bmark 2 | %Rank Cat | Growth of $10,000 |
|---|---|---|---|---|---|
| 3 Mo | 0.19 | 0.23 | -3.72 | 50 | 10,019 |
| 6 Mo | 13.99 | -3.15 | -2.37 | 66 | 11,399 |
| 1 Yr | 15.19 | -3.19 | -13.00 | 69 | 11,519 |
| 3 Yr Avg | -2.13 | 1.21 | -11.70 | 48 | 9,375 |
| 5 Yr Avg | 6.49 | -1.30 | -9.32 | 84 | 13,693 |
| 10 Yr Avg | 9.06 | 1.00 | -3.63 | 49 | 23,795 |
| 15 Yr Avg | 12.96 | 1.12 | -1.60 | 40 | 62,188 |

| Tax Analysis | Tax Adj Rtn% | %Rank Cat | Tax-Cost Rat | %Rank Cat |
|---|---|---|---|---|
| 3 Yr (estimated) | -4.68 | 53 | 2.60 | 80 |
| 5 Yr (estimated) | 4.40 | 79 | 1.96 | 64 |
| 10 Yr (estimated) | 7.13 | 46 | 1.77 | 43 |

Potential Capital Gain Exposure: 29% of assets

### Rating and Risk

| Time Period | Load-Adj Return % | Morningstar Rtn vs Cat | Morningstar Risk vs Cat | Morningstar Risk-Adj Rating |
|---|---|---|---|---|
| 1 Yr | 15.19 | | | |
| 3 Yr | -2.13 | Avg | Low | ★★★ |
| 5 Yr | 6.49 | -Avg | -Avg | ★★ |
| 10 Yr | 9.06 | Avg | -Avg | ★★★ |
| Incept | 10.94 | | | |

| Other Measures | Standard Index | Best Fit Index |
|---|---|---|
| Alpha | -11.1 | -0.5 |
| Beta | 1.01 | 0.87 |
| R-Squared | 84 | 96 |
| Standard Deviation | 19.66 | |
| Mean | -2.13 | |
| Sharpe Ratio | -0.18 | |

### Portfolio Analysis 03-31-24

**Total Stocks:** 120
Share change since 02-29-24

| | Sector | YTD Ret % | % Assets |
|---|---|---|---|
| ⊖ SS&C Technologies Holding | Technology | 1.93 | 2.30 |
| ⊖ Rentokil Initial PLC ADR | Industrl | — | 2.04 |
| ⊖ Blackbaud Inc | Technology | -10.10 | 2.01 |
| ⊖ WEX Inc | Technology | -3.72 | 1.85 |
| ⊖ Teledyne Technologies Inc | Technology | -11.06 | 1.84 |
| ⊖ Alight Inc Class A | Technology | -9.14 | 1.78 |
| ⊖ Broadridge Financial Solu | Technology | -2.03 | 1.71 |
| ⊖ OSI Systems Inc | Technology | 11.38 | 1.67 |
| ⊖ Cboe Global Markets Inc | Finan Svcs | -2.50 | 1.66 |
| ⊖ LPL Financial Holdings In | Finan Svcs | 26.00 | 1.60 |
| ⊖ Crown Holdings Inc | Cnsmr Cyc | -8.31 | 1.59 |
| ⊖ Summit Materials Inc Clas | Basic Mat | 0.47 | 1.59 |
| ⊖ Sensient Technologies Cor | Basic Mat | 18.92 | 1.52 |
| ⊖ ON Semiconductor Corp | Technology | -12.56 | 1.48 |
| ⊖ Carlisle Companies Inc | Industrl | 34.43 | 1.47 |
| ⊖ Saia Inc | Industrl | -6.56 | 1.45 |
| ⊖ Euronet Worldwide Inc | Technology | 14.87 | 1.39 |
| ⊖ Glaukos Corp | Hlth Care | 41.80 | 1.39 |
| ⊖ Mirion Technologies Inc O | Industrl | 5.95 | 1.34 |
| ⊖ Casey's General Stores In | Cnsmr Cyc | 21.07 | 1.31 |

### Current Investment Style

Value Blend Growth — Large / Mid / Small

| Market Cap | % |
|---|---|
| Giant | 0.0 |
| Large | 2.1 |
| Mid   | 40.4 |
| Small | 49.2 |
| Micro | 8.4 |

Avg $mil: 7,126

| Value Measures | | Rel Category |
|---|---|---|
| Price/Earnings | 19.15 | 0.78 |
| Price/Book | 2.85 | 0.84 |
| Price/Sales | 1.92 | 0.85 |
| Price/Cash Flow | 12.33 | 0.95 |
| Dividend Yield % | 0.69 | 1.13 |

| Growth Measures | % | Rel Category |
|---|---|---|
| Long-Term Erngs | 12.90 | 0.89 |
| Book Value | 9.61 | 1.20 |
| Sales | 8.13 | 0.88 |
| Cash Flow | 13.31 | 0.57 |
| Historical Erngs | 4.09 | 0.35 |

| Profitability | % |
|---|---|
| Return on Equity | 7.65 |
| Return on Assets | 0.86 |
| Net Margin | 5.02 |

| Sector Weightings | % of Stocks | Rel Bmark 1 |
|---|---|---|
| ↻ Cyclical | 18.35 | 0.87 |
| 🔨 BasicMat | 3.15 | 0.70 |
| 🛒 CnsmrCyc | 8.74 | 0.90 |
| 💰 FinanSvcs | 5.45 | 1.00 |
| 🏠 Real Est | 1.01 | 0.68 |
| 💨 Sensitive | 53.61 | 1.04 |
| 📡 CommSrvs | 1.30 | 0.77 |
| ⚡ Energy | 1.86 | 0.39 |
| ⚙ Industrl | 21.04 | 1.13 |
| 💻 Technlgy | 29.41 | 1.11 |
| ➡ Defensive | 28.04 | 1.02 |
| 🛒 CnsmrDef | 2.74 | 0.54 |
| ✚ Hlthcare | 24.72 | 1.18 |
| ⚡ Utilities | 0.58 | 0.40 |

### Composition - Net

| | |
|---|---|
| Cash | 1.0 |
| Stocks | 98.5 |
| Bonds | 0.0 |
| Other | 0.5 |
| Foreign | 8.0 |
| (% of Stock) | |

### Morningstar's Take by Eric Schultz 01-11-24

Janus Henderson Triton earns Above Average People and Process ratings thanks to its solid management team and sensible approach to growth investing.

This small/mid-cap strategy benefits from stable and experience managers, particularly Jonathan Coleman, who has focused on small- and mid-cap stocks for most of his career. He joined Janus in 1994 and had success across most of his charges before he took the lead here in 2013, at which time he also took over highly rated small-growth sibling Janus Henderson Venture JVTAX. Comanager Scott Stutzman was as an analyst here for nearly a decade before stepping up to this current role in 2016. In late 2022, the manager lineup gained additional depth when Aaron Schaechterle returned to Janus and this strategy as a comanager after a brief stint outside the industry. Six dedicated small- and mid-cap analysts round out the team and provide adequate support.

The strategy's moderate approach to growth investing has many attractive features. It focuses on small- and mid-cap firms that can grow throughout the business cycle. The managers target reasonably priced but not necessarily cheap stocks and take a long-term perspective. They anchor the portfolio in stocks they think have the least downside risk, typically those with durable earnings and revenue streams. Businesses with more variable outcomes, such as biotech, tend to be smaller positions.

Performance stands out for its appealing and consistent return profile. During Coleman's tenure, the strategy held up relatively well in nearly all major drawdowns and in 2015, 2018, and 2022—the only calendar years in which the Russell 2500 Growth Index prospectus benchmark posted losses. During Coleman's tenure, the strategy captured just 93% of the benchmark's monthly losses. In contrast, the moderate approach tends to lag in rallies, as it did in 2023. Stock-picking woes, particularly in consumer cyclicals and healthcare, also weighed on results versus peers and the benchmark. However, the managers have demonstrated success in these sectors over longer periods. The strategy's many advantages remain intact; it should continue to reward long-term investors.

| | |
|---|---|
| Address: | Janus Investment Fund |
| | Denver CO 80206 |
| | 877-335-2687 |
| Web Address: | www.janushenderson.com |
| Inception: | 02-25-05 |
| Advisor: | Janus Henderson Investors US LLC |
| Subadvisor: | None |

| | |
|---|---|
| Minimum Purchase: | $2500    Add: —    IRA: — |
| Min Auto Inv Plan: | —    Add: — |
| Sales Fees: | No-load |
| Management Fee: | 0.64%, 0.25%A |
| Actual Fees: | Mgt:0.64%  Dist:— |
| Expense Projections: | 3Yr:$290  5Yr:$504  10Yr:$1120 |
| Income Distribution: | Annually |



©2024 Morningstar. All Rights Reserved. The data and analyses herein do not constitute investment advice; is provided solely for informational purposes; is not an offer to buy/sell any security; and is not warranted to be correct, complete or accurate. Morningstar is not responsible for any trading decisions, damages or losses resulting from, or related to, the data and analyses or their use. For Important Disclosures please visit: https://global.morningstar.com/managerdisclosures

Mutual Funds