# Exhibit N

Data through May 31, 2024 FINRA members: For internal or institutional use only.

# Wasatch Core Growth

| | |
|---|---|
| **Ticker** | WGROX |
| **Yield** | 0.0% |
| **Total Assets** | $4,293 mil |
| **Mstar Category** | Small Growth |

**Benchmark 1:** Russell 2000 Growth TR USD
**Benchmark 2:** S&P 500 TR USD

## Morningstar Medalist Rating™

 **Gold**

| | |
|---|---|
| Analyst-Driven % | 100.00% |
| Data Coverage % | 100.00% |

### Morningstar Pillars

| | | |
|---|---|---|
| Process | 02-06-24 | High |
| People | 02-06-24 | High |
| Parent | 02-14-24 | Above Average |

**Morningstar Medalist Rating™**
Morningstar Medalist Ratings/Pillar Scores are assigned based on (1) an analyst's qualitative assessment, either directly or indirectly or (2) using algorithmic techniques intended to be similar to those an analyst might assign if he/she had covered the vehicle. Investment vehicles are evaluated on three key pillars. Qualitative investment research is produced and issued by subsidiaries of Morningstar, Inc. Quantitatively-driven analysis is generated using mental models meant to mirror analyst-driven written analysis. The Medalist Rating Spectrum includes Gold, Silver, Bronze, Neutral and Negative. The Pillar Rating Spectrum includes Low, Below Average, Average, Above Average and High.

### Historical Profile

| | |
|---|---|
| Return | High |
| Risk | Above Avg |
| Rating | ★★★★★ Highest |

### Investment Style
Equity

**Growth of $10,000**
— Investment Values of Fund
— Investment Values of Benchmark 1

**Performance Quartile** (within Category)

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 05-24 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 57.29 | 52.93 | 58.42 | 68.35 | 59.72 | 71.89 | 91.50 | 94.16 | 64.67 | 86.29 | 87.02 | NAV |
| | 6.10 | 3.92 | 10.54 | 24.29 | -3.58 | 33.26 | 36.56 | 21.03 | -30.84 | 33.43 | 0.85 | Total Return % |
| | 0.50 | 5.30 | -0.78 | 2.13 | 5.72 | 4.77 | 1.93 | 18.20 | -4.48 | 14.77 | -3.77 | +/- Bmark 1 |
| | -7.59 | 2.53 | -1.42 | 2.46 | 0.80 | 1.77 | 18.17 | -7.67 | -12.73 | 7.14 | -10.45 | +/- Bmark 2 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Income Return % |
| | 6.10 | 3.92 | 10.54 | 24.29 | -3.58 | 33.26 | 36.56 | 21.03 | -30.84 | 33.43 | 0.85 | Capital Return % |
| | 19 | 9 | 49 | 34 | 33 | 25 | 49 | 20 | 70 | 3 | 85 | Total Rtn % Rank Cat |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Income $ |
| | 1.44 | 6.72 | 0.09 | 4.27 | 6.06 | 7.71 | 6.60 | 15.83 | 0.46 | 0.00 | 0.00 | Capital Gains $ |
| | 1.18 | 1.17 | 1.21 | 1.21 | 1.18 | 1.19 | 1.19 | 1.17 | 1.19 | 1.17 | — | Expense Ratio % |
| | -0.64 | -0.29 | -0.62 | -0.78 | -0.66 | -0.89 | -0.48 | -0.65 | -0.59 | -0.53 | — | Income Ratio % |
| | 26 | 39 | 18 | 26 | 27 | 31 | 38 | 35 | 29 | 33 | — | Turnover Rate % |
| | 930 | 1,055 | 1,097 | 1,255 | 1,234 | 1,526 | 1,907 | 2,245 | 1,418 | 1,842 | 1,937 | Net Assets $mil |

### Performance 05-31-24

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 2020 | -23.93 | 33.11 | 6.61 | 26.50 | 36.56 |
| 2021 | 5.58 | 8.60 | -0.15 | 5.71 | 21.03 |
| 2022 | -15.92 | -18.14 | -5.82 | 6.68 | -30.84 |
| 2023 | 8.89 | 6.48 | -1.76 | 17.15 | 33.43 |
| 2024 | 4.46 | — | — | — | — |

| Trailing | Total Return% | +/- Bmark 1 | +/- Bmark 2 | %Rank Cat | Growth of $10,000 |
|---|---|---|---|---|---|
| 3 Mo | -2.63 | -2.59 | -6.54 | 83 | 9,737 |
| 6 Mo | 13.28 | -3.86 | -3.08 | 71 | 11,328 |
| 1 Yr | 28.71 | 10.33 | 0.52 | 9 | 12,871 |
| 3 Yr Avg | 0.37 | 3.71 | -9.19 | 24 | 10,113 |
| 5 Yr Avg | 11.84 | 4.05 | -3.97 | 17 | 17,495 |
| 10 Yr Avg | 11.89 | 3.83 | -0.80 | 10 | 30,750 |
| 15 Yr Avg | 14.64 | 2.80 | 0.08 | 6 | 77,679 |

**Tax Analysis**

| | Tax Adj Rtn% | %Rank Cat | Tax-Cost Rat | %Rank Cat |
|---|---|---|---|---|
| 3 Yr (estimated) | -0.96 | 19 | 1.33 | 39 |
| 5 Yr (estimated) | 10.06 | 17 | 1.58 | 43 |
| 10 Yr (estimated) | 10.23 | 8 | 1.48 | 30 |

Potential Capital Gain Exposure: 22% of assets

### Rating and Risk

| Time Period | Load-Adj Return % | Morningstar Rtn vs Cat | Morningstar Risk vs Cat | Morningstar Risk-Adj Rating |
|---|---|---|---|---|
| 1 Yr | 28.71 | | | |
| 3 Yr | 0.37 | +Avg | +Avg | ★★★★ |
| 5 Yr | 11.84 | +Avg | +Avg | ★★★★ |
| 10 Yr | 11.89 | High | Avg | ★★★★★ |
| Incept | 12.16 | | | |

**Other Measures**

| | Standard Index | Best Fit Index |
|---|---|---|
| Alpha | -9.1 | 3.5 |
| Beta | 1.20 | 1.05 |
| R-Squared | 79 | 93 |
| Standard Deviation | 24.03 | |
| Mean | 0.37 | |
| Sharpe Ratio | 0.00 | |

### Portfolio Analysis 03-31-24

**Total Stocks:** 56

| Share change since 12-31-23 | Sector | YTD Ret % | % Assets |
|---|---|---|---|
| ⊕ HealthEquity Inc | Hlth Care | 23.20 | 3.61 |
| ⊕ RBC Bearings Inc | Industrl | 3.65 | 3.32 |
| ⊕ Valvoline Inc | Energy | 8.04 | 3.31 |
| ⊕ Guidewire Software Inc | Technology | 4.48 | 3.22 |
| ⊖ Trex Co Inc | Industrl | 4.46 | 2.70 |
| ⊕ Balchem Corp | Basic Mat | 3.26 | 2.68 |
| ⊖ Ensign Group Inc | Hlth Care | 8.10 | 2.65 |
| ⊕ Paylocity Holding Corp | Technology | -13.76 | 2.58 |
| ⊕ Pool Corp | Industrl | -8.24 | 2.58 |
| ⊖ Kadant Inc | Industrl | 2.25 | 2.57 |
| ⊖ Hamilton Lane Inc Class A | Finan Svcs | 11.01 | 2.49 |
| ⊕ National Storage Affiliat | Real Est | -10.44 | 2.49 |
| ⊕ Globant SA | Technology | -32.30 | 2.44 |
| ⊕ Cohen & Steers Inc | Finan Svcs | -5.63 | 2.41 |
| ⊕ Morningstar Inc | Finan Svcs | 0.99 | 2.41 |
| ⊖ Icon PLC | Hlth Care | 14.75 | 2.40 |
| ⊕ Innospec Inc | Basic Mat | 6.75 | 2.39 |
| ⊕ Novanta Inc | Technology | -3.71 | 2.24 |
| ⊕ Clearwater Analytics Hold | Technology | -5.24 | 2.21 |
| ⊕ Five Below Inc | Cnsmr Cyc | -35.20 | 2.19 |

**Current Investment Style**

Value Blend Growth — Large / Mid / Small

| Market Cap | % |
|---|---|
| Giant | 0.0 |
| Large | 2.1 |
| Mid | 19.4 |
| Small | 71.3 |
| Micro | 7.2 |

Avg $mil: 5,940

| Value Measures | | Rel Category |
|---|---|---|
| Price/Earnings | 28.41 | 1.15 |
| Price/Book | 4.26 | 1.26 |
| Price/Sales | 3.59 | 1.59 |
| Price/Cash Flow | 18.72 | 1.44 |
| Dividend Yield % | 0.61 | 1.00 |

| Growth Measures | % | Rel Category |
|---|---|---|
| Long-Term Erngs | 14.33 | 0.99 |
| Book Value | 11.39 | 1.42 |
| Sales | 10.75 | 1.16 |
| Cash Flow | 35.67 | 1.52 |
| Historical Erngs | 10.04 | 0.85 |

| Profitability | % |
|---|---|
| Return on Equity | 15.62 |
| Return on Assets | 7.54 |
| Net Margin | 10.94 |

| Sector Weightings | % of Stocks | Rel Bmark 1 |
|---|---|---|
| ⤴ Cyclical | 33.68 | 1.59 |
| BasicMat | 5.15 | 1.14 |
| CnsmrCyc | 10.23 | 1.05 |
| FinanSvcs | 15.77 | 2.90 |
| Real Est | 2.53 | 1.70 |
| w Sensitive | 46.27 | 0.90 |
| CommSrvs | 0.00 | 0.00 |
| Energy | 3.37 | 0.71 |
| Industrl | 18.79 | 1.01 |
| Technlgy | 24.11 | 0.91 |
| → Defensive | 20.05 | 0.73 |
| CnsmrDef | 4.94 | 0.98 |
| Hlthcare | 15.11 | 0.72 |
| Utilities | 0.00 | 0.00 |

**Composition - Net**

| | |
|---|---|
| ● Cash | 1.6 |
| ● Stocks | 98.4 |
| ● Bonds | 0.0 |
| ○ Other | 0.0 |
| Foreign (% of Stock) | 2.1 |

### Morningstar's Take by Tony Thomas 02-06-24

Although a key leader is stepping back a little, Wasatch Core Growth remains a top small-growth offering.

J.B. Taylor, who sports a magnificent 23-year record on the strategy, handed his lead-manager duties to comanagers Paul Lambert and Mike Valentine on Jan. 31, 2024. Taylor isn't going anywhere, however; he remains a comanager here, and the trio will continue to build and manage this portfolio together. But as Wasatch's CEO, Taylor will have a little more time to work on firm-level projects while Lambert and Valentine do more to represent the strategy publicly.

The managers are sticking with their proven, appealing process. They make the most of an intriguing team-based approach that, along with the managers' own work, taps other Wasatch managers and analysts to research stocks and develop critical questions about them in small groups. The team targets and regularly finds profitable, strongly competitive firms. It tends to reap the rewards of such companies' growth by investing with them for years—note, for example, the strategy's stake in Pool Corp. POOL, which began in 1997.

This approach makes the strategy both potent and consistent. The retail share class' 10.1% annualized gain from January 2001 through January 2024 outpaced 94% of small-growth Morningstar Category peers with records that long. It also beat the best-fit Russell 2500 Growth Index's 7.7% rise over the period. Sometimes such impressive records owe to a few short bursts of relative outperformance. Not so here: Its monthly rolling three-year returns beat the category average in 81% of periods—and the index a still-solid 58% of the time.

The strategy might not be open much longer. Wasatch generally manages capacity well—and nimbly. It briefly opened this fund in 2020, closed it, and reopened it in September 2022 amid outflows. Currently open to new investors, market gains and investor interest pushed total strategy assets to $6.5 billion in December 2023, near the $7 billion range in which the strategy was closed throughout 2021.

Even with Taylor no longer at the helm, this strategy is poised for long-term success.

| | |
|---|---|
| Address: | Wasatch Funds Trust |
| | Salt Lake City, UT 84111 |
| | 800-551-1700 |
| Web Address: | www.wasatchfunds.com |
| Inception: | 12-08-86 |
| Advisor: | Wasatch Advisors LP |
| Subadvisor: | None |

| | |
|---|---|
| Minimum Purchase: | $2000  Add: $100  IRA: $2000 |
| Min Auto Inv Plan: | $1000  Add: $50 |
| Sales Fees: | No-load, 2.00%R |
| Management Fee: | 1.00% |
| Actual Fees: | Mgt:1.00%  Dist:— |
| Expense Projections: | 3Yr:$372  5Yr:$644  10Yr:$1420 |
| Income Distribution: | Annually |

©2024 Morningstar. All Rights Reserved. The data and analyses herein does not constitute investment advice; is provided solely for informational purposes; is not an offer to buy/sell a security; and is not warranted to be correct, complete or accurate. Morningstar is not responsible for any trading decisions, damages or losses resulting from, or related to, the data and analyses or their use. For Important Disclosures please visit: https://global.morningstar.com/managerdisclosures

**MORNINGSTAR®**    **Mutual Funds**    EQ