# Exhibit O

Data through April 30, 2024 FINRA members: For internal or institutional use only.

# Putnam Small Cap Growth R6

| | | | | |
|---|---|---|---|---|
| **Ticker** | **Yield** | **Total Assets** | | **Mstar Category** |
| PLKGX | 0.0% | $1,744 mil | | Small Growth |

**Benchmark 1:** Russell 2000 Growth TR USD
**Benchmark 2:** S&P 500 TR USD

## Morningstar Medalist Rating™

 Bronze

| | |
|---|---|
| Analyst-Driven % | 10.00% |
| Data Coverage % | 100.00% |

### Morningstar Pillars

| | | |
|---|---|---|
| Process | 03-31-24 | Above Average<sup>Q</sup> |
| People | 03-31-24 | Average<sup>Q</sup> |
| Parent | 03-31-24 | Average |

**Morningstar Medalist Rating™**
Morningstar Medalist Ratings/Pillar Scores are assigned based on (1) an analyst's qualitative assessment, either directly or indirectly or (2) using algorithmic techniques intended to be similar to those an analyst might assign if he/she had covered the vehicle. Investment vehicles are evaluated on three key pillars. Qualitative investment research is produced and issued by subsidiaries of Morningstar, Inc. Quantitatively-driven analysis is generated using mental models meant to mirror analyst-driven written analysis. The Medalist Rating Spectrum includes Gold, Silver, Bronze, Neutral and Negative. The Pillar Rating Spectrum includes Low, Below Average, Average, Above Average and High.

## Performance 04-30-24

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 2020 | -17.91 | 32.46 | 11.06 | 22.75 | 48.24 |
| 2021 | 3.18 | 3.43 | 4.02 | 3.20 | 14.56 |
| 2022 | -15.67 | -17.69 | 0.16 | 3.81 | -27.82 |
| 2023 | 7.07 | 8.29 | -4.34 | 11.24 | 23.38 |
| 2024 | 16.10 | — | — | — | — |

| Trailing | Total Return% | +/- Bmark 1 | +/- Bmark 2 | %Rank Cat | Growth of $10,000 |
|---|---|---|---|---|---|
| 3 Mo | 7.71 | 5.12 | 3.42 | 7 | 10,771 |
| 6 Mo | 28.38 | 7.07 | 7.39 | 10 | 12,838 |
| 1 Yr | 24.12 | 11.73 | 1.46 | 4 | 12,412 |
| 3 Yr Avg | 0.66 | 6.58 | -7.40 | 9 | 10,200 |
| 5 Yr Avg | 12.60 | 7.56 | -0.60 | 5 | 18,097 |
| 10 Yr Avg | — | — | — | — | — |
| 15 Yr Avg | — | — | — | — | — |

| Tax Analysis | Tax Adj Rtn% | %Rank Cat | Tax-Cost Rat | %Rank Cat |
|---|---|---|---|---|
| 3 Yr (estimated) | -0.46 | 9 | 1.11 | 32 |
| 5 Yr (estimated) | 11.45 | 5 | 1.02 | 26 |
| 10 Yr (estimated) | — | — | — | — |

Potential Capital Gain Exposure: 16% of assets

## Morningstar's Take by Morningstar Manager Research 03-31-24

A decline in People Pillar rating is the primary driver of Putnam Small Cap Growth R6's downgrade to a Morningstar Medalist Rating of Bronze from Silver. The portfolio maintains a sizable cost advantage over competitors, priced within the cheapest fee quintile among peers.

The strategy's sensible investment philosophy merits an Above Average Process Pillar rating. Independent of the rating, analysis of the strategy's portfolio shows it has maintained a significant overweight position in momentum exposure and an underweight in volatility exposure compared with category peers. Momentum exposure is attributed to holding stocks currently on a winning streak and selling those that are on a downtrend. And low volatility exposure is rooted in stocks that have a lower standard deviation of returns. The strategy's industry-standard management team still needs to prove it has a competitive advantage and earns an Average People Pillar rating. The strategy's parent organization earns the firm an Average Parent Pillar rating, and this rating is inherited from vehicles belonging to the same branding entity and is indirectly assigned by an analyst.

| | |
|---|---|
| Address: | Putnam Funds Trust |
| | Boston MA 02109 |
| | 800-225-1581 |
| Web Address: | www.putnam.com |
| Inception: | 06-29-15 |
| Advisor: | Putnam Investment Management, LLC |
| Subadvisor: | Putnam Investments Limited, a Franklin Templeton company |

| | | | |
|---|---|---|---|
| Minimum Purchase: | $0 | Add: — | IRA: — |
| Min Auto Inv Plan: | — | Add: — | |
| Sales Fees: | No-load | | |
| Management Fee: | 0.78% mx./0.55% mn. | | |
| Actual Fees: | Mgt:0.73% Dist:— | | |
| Expense Projections: | 3Yr:$271 | 5Yr:$471 | 10Yr:$1049 |
| Income Distribution: | Annually | | |

## Historical Profile

| | |
|---|---|
| Return | High |
| Risk | Average |
| Rating | ★★★★★ Highest |

**Investment Style** Equity

**Growth of $10,000**
— Investment Values of Fund
— Investment Values of Benchmark 1

**Performance Quartile** (within Category)

| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 04-24 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | 29.85 | 32.39 | 39.10 | 37.72 | 51.15 | 72.27 | 72.13 | 52.06 | 64.23 | 69.31 | NAV |
| — | — | 8.95 | 20.72 | -2.13 | 38.15 | 48.24 | 14.56 | -27.82 | 23.38 | 7.91 | Total Return % |
| — | — | -2.37 | -1.45 | 7.18 | 9.67 | 13.60 | 11.73 | -1.47 | 4.72 | 8.61 | +/- Bmark 1 |
| — | — | -3.01 | -1.12 | 2.26 | 6.67 | 29.84 | -14.14 | -9.71 | -2.91 | 1.87 | +/- Bmark 2 |
| — | — | 0.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Income Return % |
| — | — | 8.50 | 20.72 | -2.13 | 38.15 | 48.24 | 14.56 | -27.82 | 23.38 | 7.91 | Capital Return % |
| — | — | 60 | 51 | 26 | 9 | 27 | 39 | 51 | 8 | 5 | Total Rtn % Rank Cat |
| — | — | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Income $ |
| — | — | 0.00 | 0.00 | 0.68 | 0.95 | 3.34 | 10.34 | 0.00 | 0.00 | 0.00 | Capital Gains $ |
| 0.00 | 0.81 | 0.77 | 0.82 | 0.80 | 0.84 | 0.83 | 0.85 | 0.85 | — | | Expense Ratio % |
| 0.00 | 0.82 | 0.07 | -0.22 | -0.35 | -0.48 | -0.64 | -0.58 | -0.08 | — | | Income Ratio % |
| 91 | 66 | 127 | 68 | 37 | 56 | 70 | 39 | 48 | — | | Turnover Rate % |
| — | 7 | 9 | 10 | 15 | 20 | 46 | 72 | 92 | 250 | 332 | Net Assets $mil |

## Rating and Risk

| Time Period | Load-Adj Return % | Morningstar Rtn vs Cat | Morningstar Risk vs Cat | Morningstar Risk-Adj Rating |
|---|---|---|---|---|
| 1 Yr | 24.12 | | | |
| 3 Yr | 0.66 | High | +Avg | ★★★★ |
| 5 Yr | 12.60 | High | Avg | ★★★★★ |
| 10 Yr | — | — | — | — |
| Incept | 11.55 | | | |

| Other Measures | Standard Index | Best Fit Index |
|---|---|---|
| Alpha | -6.8 | 6.1 |
| Beta | 1.08 | 0.93 |
| R-Squared | 74 | 91 |
| Standard Deviation | 22.16 | |
| Mean | 0.66 | |
| Sharpe Ratio | 0.00 | |

## Portfolio Analysis 03-31-24

**Total Stocks: 88**

| Share change since 12-31-23 | Sector | YTD Ret % | % Assets |
|---|---|---|---|
| ⊕ Super Micro Computer Inc | Technology | 202.12 | 3.50 |
| ⊕ Comfort Systems USA Inc | Industrl | 50.56 | 2.68 |
| ⊕ Medpace Holdings Inc | Hlth Care | 26.69 | 2.24 |
| ⊕ Kinsale Capital Group Inc | Finan Svcs | 8.51 | 2.19 |
| ⊕ EMCOR Group Inc | Industrl | 65.99 | 2.09 |
| ⊕ Installed Building Produc | Cnsmr Cyc | 30.01 | 2.09 |
| ⊕ Eagle Materials Inc | Basic Mat | 23.72 | 1.94 |
| ⊕ Nova Ltd | Technology | — | 1.77 |
| ⊕ Encompass Health Corp | Hlth Care | 25.19 | 1.74 |
| ⊖ Manhattan Associates Inc | Technology | -4.30 | 1.73 |
| ⊕ Onto Innovation Inc | Technology | 21.31 | 1.70 |
| ⊕ Saia Inc | Industrl | -9.45 | 1.69 |
| ※ MicroStrategy Inc Class A | Technology | 68.62 | 1.67 |
| ⊕ The Descartes Systems Gro | Technology | — | 1.67 |
| ⊕ Simpson Manufacturing Co | Basic Mat | -11.90 | 1.66 |
| ⊕ e.l.f. Beauty Inc | Cnsmr Def | 12.60 | 1.65 |
| ⊕ Atkore Inc | Industrl | 9.76 | 1.58 |
| ⊖ Verra Mobility Corp Class | Industrl | 2.39 | 1.57 |
| ⊕ Texas Roadhouse Inc | Cnsmr Cyc | 32.04 | 1.55 |
| ⊕ Parsons Corp | Technology | 25.20 | 1.52 |

### Current Investment Style

Value Blend Growth

Market Cap %
| | |
|---|---|
| Giant | 0.0 |
| Large | 6.9 |
| Mid | 26.2 |
| Small | 63.1 |
| Micro | 3.8 |

Avg $mil: 7,385

| Value Measures | | Rel Category |
|---|---|---|
| Price/Earnings | 23.78 | 0.94 |
| Price/Book | 4.73 | 1.37 |
| Price/Sales | 2.35 | 1.01 |
| Price/Cash Flow | 14.08 | 1.06 |
| Dividend Yield % | 0.35 | 0.59 |

| Growth Measures | % | Rel Category |
|---|---|---|
| Long-Term Erngs | 15.31 | 1.04 |
| Book Value | 14.46 | 1.78 |
| Sales | 13.00 | 1.33 |
| Cash Flow | 38.39 | 1.84 |
| Historical Erngs | 25.18 | 1.96 |

| Profitability | % |
|---|---|
| Return on Equity | 21.21 |
| Return on Assets | 5.96 |
| Net Margin | 11.63 |

| Sector Weightings | % of Stocks | Rel Bmark 1 |
|---|---|---|
| ⤴ Cyclical | 21.66 | 1.02 |
| 🧱 BasicMat | 5.13 | 1.13 |
| 🛒 CnsmrCyc | 10.59 | 1.09 |
| 💰 FinanSvcs | 4.93 | 0.92 |
| 🏠 Real Est | 1.01 | 0.65 |
| 🌊 Sensitive | 55.58 | 1.07 |
| 📡 CommSrvs | 0.00 | 0.00 |
| ⚡ Energy | 3.95 | 0.83 |
| ⚙ Industrl | 23.84 | 1.27 |
| 💻 Technlgy | 27.79 | 1.05 |
| 🛡 Defensive | 22.76 | 0.84 |
| 🥫 CnsmrDef | 4.06 | 0.85 |
| ✚ Hlthcare | 18.70 | 0.90 |
| 💡 Utilities | 0.00 | 0.00 |

### Composition - Net

| | |
|---|---|
| ● Cash | 3.0 |
| ● Stocks | 97.0 |
| ● Bonds | 0.0 |
| ● Other | 0.0 |
| Foreign | 9.0 |
| (% of Stock) | |

©2024 Morningstar. All Rights Reserved. The data and analyses herein does not constitute investment advice; is provided solely for informational purposes; is not an offer to buy/sell a security; and is not warranted to be correct, complete or accurate. Morningstar is not responsible for any trading decisions, damages or losses resulting from, or related to, the data and analyses or their use. For Important Disclosures please visit: https://global.morningstar.com/managerdisclosures

MORNINGSTAR® Mutual Funds