UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MANUEL ESQUIVEL, INDIVIDUALLY AND AS A REPRESENTATIVE OF A CLASS OF SIMILARLY SITUATED PERSON, ON BEHALF OF THE WHATABURGER 401(K) SAVINGS PLAN;<br><br>*Plaintiff*,<br><br>v.<br><br>WHATABURGER RESTAURANTS LLC, THE BOARD OF DIRECTORS OF WHATABURGER RESTAURANTS LLC, THE WHATABURGER 401(K) SAVINGS PLAN ADMINISTRATIVE COMMITTEE,  DOES NO. 1-20, WHOSE NAMES ARE CURRENTLY UNKNOWN;<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § §   Civil Action No. SA-24-CV-00310-XR |

### ORDER SETTING STATUS CONFERENCE
### AND HEARING ON ALL PENDING MOTIONS

On this day the Court considered the status of this case.  This case is set for an in-person status conference and hearing on all pending motions, if any, on **Thursday, August 01, 2024** at **10:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** June 18, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE