IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Manuel Esquivel, individually and as a representative of a class of similarly situated persons, on behalf of the WHATABURGER 401(k) SAVINGS PLAN (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan), <br><br> Plaintiff, <br><br> v. <br><br> WHATABURGER RESTAURANTS LLC; THE BOARD OF DIRECTORS OF WHATABURGER RESTAURANTS LLC; THE WHATABURGER 401(K) SAVINGS PLAN ADMINISTRATIVE COMMITTEE (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee); and DOES No. 1–20, Whose Names Are Currently Unknown, <br><br> Defendants. | Case No. 5:24-cv-310-XR |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR WHATABURGER TO FILE <u>REPLY IN SUPPORT OF MOTION TO DISMISS</u>**

Defendants Whataburger Restaurants, LLC, the Board of Directors of Whataburger Restaurants LLC, and the Whataburger 401(k) Savings Plan Administrative Committee (collectively, "Defendants") move this Court for an order extending Defendants' deadline to file a reply brief in support of its Motion to Dismiss Plaintiffs Complaint from July 8, 2024 to July 15, 2024. The Court hereby **GRANTS** Defendants' unopposed motion and extends Defendants' time to file a reply to July 15, 2024.

Dated this _____ day of _____, 2024.

                                        Entered by:


                                        Hon. Xavier Rodriguez
                                        United States District Judge

| | |
|---|---|
| Dated: July 2, 2024 | By:  /s/ *Lauren A. Valkenaar* |

Lauren A. Valkenaar
Texas Bar No. 24088570
VALKENAAR PLLC
7898 Broadway Suite 120
San Antonio, Texas 78209
Telephone: +1.210.239.0321
lvalkenaar@valkenaarlaw.com

 /s/ *Jeremy P. Blumenfeld*

Jeremy P. Blumenfeld (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: +1.215.963.5000
Facsimile:  +1.215.963.5001
jeremy.blumenfeld@morganlewis.com

 /s/ *Keri L. Engelman*

Keri L. Engelman, (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Telephone: +1.617.341.7700
Facsimile:  +1.617.341.7701
keri.engelman@morganlewis.com

 /s/ *Samuel D. Block*

Samuel D. Block (*pro hac vice*)
Christopher B. Dempsey
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: +1.312.324.1715
Facsimile:  +1.312.324.1001
sam.block@morganlewis.com
chris.dempsey@morganlewis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF/CM e-filing system to all counsel of record who are deemed to have consented to electronic service on this 2nd day of July 2024.

*/s/ Lauren A. Valkenaar*