IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Manuel Esquivel, individually and as a representative of a class of similarly situated persons, on behalf of the WHATABURGER 401(k) SAVINGS PLAN (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan), | Case No. 5:24-cv-310-XR |
| Plaintiff, | |
| v. | |
| WHATABURGER RESTAURANTS LLC; THE BOARD OF DIRECTORS OF WHATABURGER RESTAURANTS LLC; THE WHATABURGER 401(K) SAVINGS PLAN ADMINISTRATIVE COMMITTEE (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee); and DOES No. 1–20, Whose Names Are Currently Unknown, | |
| Defendants. | |

**NOTICE REGARDING ADMISSION OF JEREMY P. BLUMENFELD
TO THE WESTERN DISTRICT OF TEXAS**

Comes now Jeremy P. Blumenfeld, counsel for Defendants Whataburger Restaurants, LLC, the Board of Directors of Whataburger Restaurants LLC,[1] and the Whataburger 401(k) Savings Plan Administrative Committee (collectively, "Whataburger"), conditionally admitted *pro hac vice*, and respectfully states as follows:

1.  On May 10, 2024, in connection with the above-captioned matter, Jeremy P. Blumenfeld filed a Motion for Admission *Pro Hac Vice* before the United States District Court for the Western District of Texas. *See* Dkt. 12.

---

[1] This entity does not exist.

2. On May 13, 2024, the Court conditionally granted the Motion for Admission Pro Hac Vice, and required counsel to apply for admission to practice before this Court, diligently pursue the application, familiarize himself with the Local Court Rules of the United States District Court for the Western District of Texas, and "advise the Court of admission once admitted."

3. Mr. Blumenfeld applied for admission to practice before this Court on June 4, 2024.

4. On June 10, 2024, Mr. Blumenfeld's application for admission was approved pending the execution of an oath sworn and administered before a United States District Court Judge in counsel's "home district."

5. On July 24, 2024, Mr. Blumenfeld had the oath administered by United States District Court Judge Mia Perez of the Eastern District of Pennsylvania. Mr. Blumenfeld returned the executed oath via email to the Western District of Texas ECF Help Desk (sanantonio_attorney_admissions@txwd.uscourts.gov) the same day.

6. On July 24, 2024, the Western District of Texas provided Mr. Blumenfeld's Certificate of Admission, attached hereto as Exhibit A.

Respectfully submitted,

Dated: July 25, 2024       By:   /s/ *Jeremy P. Blumenfeld*
                                 Jeremy P. Blumenfeld
                                 Pennsylvania Bar No. 85955
                                 MORGAN, LEWIS & BOCKIUS LLP
                                 1701 Market Street
                                 Philadelphia, PA 19103-2921
                                 Telephone: +1.215.963.5000
                                 Facsimile:  +1.215.963.5001
                                 jeremy.blumenfeld@morganlewis.com

                                 *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF/CM e-filing system to all counsel of record who are deemed to have consented to electronic service on this 25th day of July 2024.

                                                     */s/ Jeremy P. Blumenfeld*