IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MANUEL ESQUIVEL, individually and as a representative of a class of similarly situated persons, on behalf of the WHATABURGER 401(K) SAVINGS PLAN (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan),<br><br>Plaintiff,<br><br>v.<br><br>WHATABURGER RESTAURANTS LLC, *et al.*,<br><br>Defendants. | Case No. 5:24-cv-310-XR |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Manuel Esquivel, individually and as a representative of a class of similarly situated persons, on behalf of the Whataburger 401(K) Savings Plan (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan), appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment of the district court entered in this action on November 8, 2024.  This appeal incorporates the Order Granting Defendants' Motion to Dismiss (ECF No. 31) and Final Judgment (ECF No. 32).

Dated: December 9, 2024

Respectfully submitted,
/s/ *John S. "Jack" Edwards, Jr.*
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
Thomas R. Ajamie
Texas Bar No. 00952400
Eric Chenoweth
Texas Bar No. 24006989
**AJAMIE LLP**
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600

Facsimile: (713) 860-1699
Email: jedwards@ajamie.com
tajamie@ajamie.com
echenoweth@ajamie.com

James C. Shah
Alec J. Berin
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
ajberin@millershah.com

James E. Miller
Laurie Rubinow
**MILLER SHAH LLP**
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
lrubinow@millershah.com

Don Bivens
**DON BIVENS PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 708-1450
Email: don@donbivens.com

*Attorneys for Plaintiff, the Plan, and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Jack Edwards, hereby certify that the foregoing document was electronically filed and served on all counsel of record by operation of the Court's CM/ECF system on this date.

Dated: December 9, 2024 　　　　　　　　　　　　　　*/s/ Jack S. "Jack" Edwards, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　Jack S. "Jack" Edwards, Jr.