

A True Copy
Certified order issued Jul 25, 2025

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals for the Fifth Circuit

FILED
July 25, 2025

No. 24-50976

Lyle W. Cayce
Clerk

---

MANUEL ESQUIVEL, *Individually and as a representative of a class of similarly situated person, on behalf of* THE WHATABURGER 401(K) SAVINGS PLAN *formerly known as* THE WHATABURGER PROFIT SHARING AND 401(K) SAVINGS PLAN,

*Plaintiff—Appellant,*

*versus*

WHATABURGER RESTAURANTS, L.L.C.; THE BOARD OF DIRECTORS OF WHATABURGER RESTAURANTS, L.L.C.; THE WHATABURGER 401(K) SAVINGS PLAN ADMINISTRATIVE COMMITTEE, *formerly known as The Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee*; DOES NO.1-20, *Whose Names Are Currently Unknown*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:24-CV-310-XR

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of July 25, 2025, pursuant to appellant's motion.

LYLE W. CAYCE

No. 24-50976

                                      Clerk of the United States Court
                                      of Appeals for the Fifth Circuit

                                      *Lisa E. Ferrara*
                                      By: _____
                                      Lisa E. Ferrara, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**

2