**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED JUL 25 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

July 25, 2025

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
262 W. Nueva Street
Suite G65
San Antonio, TX 78207

　　　No. 24-50976   Esquivel v. Whataburger
　　　　　　　　　　　USDC No. 5:24-CV-310-XR

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Lisa E. Ferrara, Deputy Clerk
　　　　　　　　　　　　　　504-310-7675

cc w/encl:
　　Mr. Alec Berin
　　Mr. Jeremy Paul Blumenfeld
　　Ms. Natsumi Covey
　　Mr. John Saul Edwards Jr.
　　Mr. Dylan Fedderman
　　Mr. Michael E. Kenneally
　　Mr. James Edward Miller
　　Mr. James C. Shah
　　Ms. Lauren Valkenaar